:Jeffrey-Merritt: Wilson
:Post-Office-Box~10414
:Salinas, California [93912]
:Tel: 831-424-1732
:*Competent-Fact-Witness*
:*American-State-National*

:*Movement by my Own-Right;*

ADR
E-FILING
FILED
*File on Demand*

SEP 22 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

September 22, 2016

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### 280 SOUTH 1ST STREET, ROOM 2112
### SAN JOSE, CALIFORNIA 95113

DMR

:Jeffrey-Merritt: Wilson;

**Plaintiff/Claimant**

Vs.

Harry J. Tobias; Steven A.

Silver; Leslie M. Klott; *as*

*Defendants in their Private*

*Capacities;*

COUNTY OF SAN BENITO *as a*

*Person, Defendant;*

SAN BENITO COUNTY, *as a Person,*

*Defendant;*

) Case No. ___ CV 16 5419
)
)
)
) *For the Declaratory Reliefs;*
)
) *By the* Right of Review by the 5
) U.S.C. § 702 other than money
) damages but for the review and
) determination on due process
) and Jurisdictional Matters i.e.
) Fourth Amendment Constitutional
) Violation Claims, Fifth
) Amendment Constitutional
) Violation Claims, and other
) Notices and Violations of Law;
)
) Brief Overview History;
)
) Plain Statements of
) Jurisdiction;
)
) Verified Affirmative Claims
) Subscribed and Sworn;
)
)

~ 1 ~

| | |
|---|---|
| STATE OF CALIFORNIA (CALTRANS), *as a Person, Defendant* | )Memorandum on Points and<br>)Authorities/Jurisdiction; |
| US BANK NA, *as a Person, Defendant* | )<br>)Exhibits: 1-6;<br>) |
| ZIEVE, BRODNAX & STEELE, LLP, *as a Person, Defendant;* | )Cargo-Manifest-Mail-Service.<br>)<br>) |
| NBS DEFAULT SERVICES, LLC., *as a Person, Defendant;* | )<br>)<br>) |
| Does 1-25, *Defendants* | )<br>) |
| Roes 1-25, *Defendants* | )<br>) |

# By the Right of Review by the 5 U.S.C. § 702 other than money damages but for the review and determination on due process and Jurisdictional Matters i.e. Fourth Amendment Constitutional Violation Claims, Fifth Amendment Constitutional Violation Claims, and other Notices and Violations of Law;

~ 2 ~

I, :Jeffrey-Merritt: Wilson = Claim of the Life Claimant, Living-Breathing-Natural-Man, Competent-Fact-Witness, Mail-Contract-Carrier, American-State-National and Libellant = ***"Adversely Affected and Aggrieved"*** make these following Original Verified Claims by my "Reserved-Powers" without counsel or training in law, in the International Jurisdiction of the Sea "Admiralty" by way of Land for the Right of Review by the 5 U.S.C. § 702 by the transit-filing of this Cargo-Manifest-Contract of this "Bill of the Lading" in this *Admiralty-Jurisdiction-Easement on the Land* by the Article III = Court of Record, by the "Well Qualified Adjudication" to enforce federal civil rights laws by this; Brief Overview History, Plain Statements of Jurisdiction (Land by way of Sea) and Verified Affirmative Claims Subscribed and Sworn 1-3, Other Notices, Memorandum on Points and Authorities/Jurisdiction , Exhibits 1-6 and the Cargo-Manifest-Mail-Service for the review and determination = declaratory relief Demands on Due Process, Jurisdictional, Violations of Federal Laws and other matters related to Case Nos. **CU-11-00119, Eminent Domain and CL-16-00199, Unlawful Detainer** that have and are taking place in the SUPERIOR COURT COUNTY OF SAN BENITO a "sub-federal-franchise". **Venue and Jurisdiction are appropriate by the Supremacy Clause**

**for the fact that the Sworn Officers of the Court/State/Bar who are sub-federal-agents by their oaths to the "United States" = 28 U.S. Code § 3002 15(a) (Exhibit 1) = Oath of Office. And note that the California State Constitutional Oath is incomplete and vacated for the fact that the Article XX sec.3 paragraphs 1-5 are lacking by the missing of 2-5 paragraphs.** My Verified Affirmative Claims have to do with Violations of Federal Laws (Agents acting outside the scope of their authority), Statutes, Rules and Regulations and Constitutional Due Process Claims etc. I, :Jeffrey-Merritt: Wilson, Claim the RIGHT OF REVIEW by the Article III, Judicial determinations and declaratory reliefs of said Cases **CU-11-00119,Eminent Domain and CL-16-00199, Unlawful Detainer** in the COUNTY OF SAN BENITO for the reasons of Fourth and Fifth Amendment Constitutional Violations etc. = Due Process, Simulations of Process, Movements in Excess/without Jurisdiction (refusal to prove) = Subject-Matter, Officers acting under the Color of Law and or of Procedural or Legal Errors, not protecting both sides of the law, Abuse of the Agency's Discretion and the Decisions that Exceeded the Agency's Authority that are Unlawful by the following:

Created by the Jeffrey-Merritt: Wilson 09/13/16

# **Brief Overview History**

This <u>RIGHT OF REVIEW</u> concerns the title and the possession of my Land "Wilson" as the (Land Patent-Assign-Claimant) location by the 343 Ricardo Drive, Aromas, California (Land). Since the November 8, 2006, I, :Jeffrey-Merritt: Wilson (Wilson) have been in the possession of the said property.

On the September 15, 2011, the Plaintiff THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Department of Transportation (CALTRANS) commenced the action of the Civil Case No: CU-11-00119 against Wilson by the filing of an <u>unverified-unsworn without warrant</u> (void of any subject-matter which is "undisputed" and "defaulted") COMPLAINT IN EMINENT DOMAIN (CCP § 1250.310) (Complaint), which asserted the right of the eminent domain against a portion of my property.

On the April 16, 2012, Wilson joined in the proceedings **(by personal jurisdiction only and not waiving any rights to claims of proof of subject-matter-jurisdiction)** of the eminent domain case by the filing of his answer and of a cross-complaint against the Plaintiffs, which Wilson amended on the November 26, 2012 by the filing of the Verified SECOND AMENDED CROSS-COMPLAINT (Cross-

~ 5 ~

Complaint). **In the verified Cross-Complaint, Wilson claimed the relief of the damages against the Defendants by causes of the actual fraud, constructive fraud, property conversion, unjust enrichment, civil conspiracy, unfair business practices and quiet title.**

On the May 16, 2012 CALTRANS STATE OF CALIFORNIA **(and its Agents Harry J. Tobias, Judge and Steven A. Silver, State Attorney**) caused a **seizure** of a portion my "Land" **without a warrant** and **without due process** i.e. **Fourth and Fifth Constitutional Violations of Rights in excess of jurisdiction,** therefore violating and handicapping me from my farming (horses, chickens, ducks, goats, pigs, dogs, fish-aquaponics and vegetables) food production activities and my general machine-shop-business and commerce activities and by destroying my 5 acre equine estate all without "Just Compensation"**(Exhibit 2)**. *See Title 18 USC Section 2153 Destruction of war material, war premises, or war utilities; Title 18 USC Section 43 Animal enterprise terrorism = a federal offense i.e. Wilsons disruption of Horse farming/breading of World Class Bloodlines; Title 18 USC Chapter 113-STOLEN PROPERTY, Section 2311 definitions; Title 18 USC Chapter 105-Sabotage, Section 2152 definitions; Title 18 USC Chapter 113b Terrorism,*

Created by the Jeffrey-Merritt: Wilson 09/13/16

*Section 2331 definitions; Title 18 USC Section 2381 Treason "levies war against the United States" (Exhibit 3)*

On and after the December 12, 2012, the Plaintiffs/Defendants responded to the Cross-Complaint by the filing of their demurrers and their motions to strike, which Wilson opposed by the filing of a consolidated opposition. On the April 9, 2013, the Judge Harry J. Tobias of the Trial Court sustained the demurrers without the leave to amend by the filing of the ORDER AFTER HEARING ON CROSS-DEFENDANTS' DEMURRERS TO AND MOTIONS TO STRIKE PORTIONS OF SECOND AMENDED CROSS-COMPLAINT **(Despite of no proof of subject-matter)**. On the May 28, 2013, the Judge Harry J. Tobias dismissed the Case with the prejudice by the filing of the JUDGMENT OF DISMISSAL OF On the June 7, 2013, the Defendant First American Title informed the parties of the judgment entry by the service of the NOTICE OF ENTRY OF JUDGMENT. On the August 5, 2013, Wilson commenced the action of appeal by the filing of the NOTICE OF APPEAL with the Clerk of the Superior Court of California, San Benito County.

On the January 9, 2014, the Judge of the Trial Court dismissed the remaining parties of the action by the ruling upon their demurrers, which Wilson opposed by the filing of an opposition, a second appeal was added and to this day both appeals are still open.

Created by the Jeffrey-Merritt: Wilson 09/13/16

On the July 30, 2015 @ 9:32 am an involuntary bankruptcy (automatic Stay) claim was filed case no. 15-52471 against the Jeffrey Merritt Wilson. On the same day @ 11:30 am an apparent foreclosure sale took place allegedly selling it back to the alleged beneficiary. Five days later on the August 4, 2015 while a federal bankruptcy stay was in place the Agents NBS Default Services, LLC recorded a foreclosure document on the county record **(Exhibit 4)**. **(Exhibit 5)** is my unanswered "Notice of Rescission".

On or about the January 2016 this Plaintiff/Claimant first learned and started to research about "Land Patents" about federal treaties, federal jurisdiction, the treaty of Guadalupe Hidalgo and its Protocol of Queretaro and my rights as an assign to the forever benefits of my land located 343 Ricardo Drive, Aromas California which is located in the Mexican Land Grant known as Rancho Las Aromitas y Agua Caliente **(Exhibit 6)**.

## :Plain Statements of Jurisdiction:

- **By the following Jurisdictional Claims; this matter should be deemed of the highest public policy significance and for the civil injunctive/declaratory reliefs not for myself alone, but also for the People of the *united States of America*, since it holds at bay the prospect of any "honest court services" in the COUNTY OF SAN BENITO, STATE OF**

~ 8 ~

CALIFORNINA both of which are sub-federal franchises of the "United States" <u>28 U.S. Code § 3002 15(a)</u>.

- **<u>SUBJECT MATTER JURISDICTION: THAT</u>** Plaintiff/Claimant hereby brings this action and invokes this court's subject matter jurisdiction under authority of =

(a) The Civil Rights Act of 1871;
(b) 18 U.S.C. §242 - Deprivation of rights under color of law;
(C) 18 U.S.C. § 1964(a)(c) - Civil remedies (R.I.C.O);
(d) 28 U.S.C. § 1331 - Federal Question;
(e) 28 U.S.C. § 1332(a)(1) - Diversity of citizenship ;amount in controversy; costs i.e. American-State-National vs. "CITIZENS" = AGENTS.
(f) 28 U.S.C. § 1343(3)(4) - Civil rights and elective franchise;
(g) 42 U.S.C. § 1983 - Civil action for deprivation of rights;
(h) 42 U.S.C. § 1988 - Proceedings in vindication of civil rights;
(i) u.S.A. Constitution, Article III, Section 2, First, Second, Fourth, Fifth, Sixth, Seventh and Fourteenth Amendments thereto:

<u>IN PERSONAM JURISDICTION: THAT</u> this Court has jurisdiction subject to Complaint service over all Defendants as all Defendants are known to have committed the acts herein described with in the geographic boundaries of the California Republic by way of the STATE OF CALIFORNIA which is a sub-federal franchise of the United States.

<u>SUPPLEMENTAL JURISDICTION: STATE CLAIMS;</u> **THAT** Plaintiff/Claimant also invokes supplemental jurisdiction of this Court over his state claims against Defendants for common law violations pursuant to 28 U.S.C. § 1367 as the common law claims form part of the same case or controversy.

<u>DECLARATORY JUDGMENT: THAT</u> jurisdiction to grant declaratory judgment is conferred by 28 U.S.C.§§ 2201, 2202.

~ 9 ~

**VENUE**: is proper pursuant 28 U.S.C. § 1391(b) in that the Plaintiff/Claimants Claims arose in the California Republic by way of the STATE OF CALIFORNIA which is a sub-federal franchise of the United States.

**PARTIES**: THAT this Claim of the Life Claimant, Living-Breathing-Natural-Man, Competent-Fact-Witness, Mail-Contract-Carrier, American-State-National and Libellant = Jeffrey-Merritt: Wilson who is now on the Land.

THAT upon knowledge and belief, and at all times mentioned each defendant is a "CITIZEN" OF THE STATE OF CALIFORNIA or a "FOREIGN CORPORATION AS A PERSON".

# Verified Affirmative Claims Subscribed and Sworn: 1-3 Reserving the right to add;

**AFFIDAVIT by the Jeffrey-Merritt: Wilson, the natural living man**

California Republic    )
                       ) ss.    **VERIFIED AFFIDAVIT OF TRUTH**
    Monterey County    )

**Comes now** your Affiant with the <u>Claims of issue of great public interests</u> :Jeffrey-Merritt: Wilson the natural living man, and inhabitant of and on the land making these statements/claims

~ 10 ~

under oath and after first being duly sworn according to law, states that he is your Affiant, over the age of 21 and he believes these facts to be true to the best of his belief and first-hand knowledge, states as follows:

**1.**   Your Affiant makes this affidavit on the soil of Salinas, Monterey County on September 21, 2016.

**2.**   Your Affiant states that the facts described herein are true, complete by my belief and not misleading.

**3.**   Your Affiant states that the undersigned has first-hand knowledge of all the facts stated herein.

**4.**   Your Affiant states that the facts described herein describe events that have occurred within the COUNTY OF SAN BENITO and on the soil of San Benito County.

**5.**   Your Affiant states that :Jeffrey-Merritt: Wilson is a non-corporate, real, mortal, sentient, flesh and blood, natural born living man, who is living, breathing, and a being, on the soil, a private <u>American-State-National</u> and non-combatant, with clean hands, rectus curia, and does not hold the office of *'person'*.

**6.**   Your Affiant states that the undersigned makes these statements freely, without reservation to a competent jurisdiction.

**7.**   Your Affiant states that if compelled to testify regarding the facts stated herein that the undersigned is competent to do so as a competent-fact-witness.

**8.**   Your Affiant states that an all upper case formatted name applies only to vessels at sea, or; a deceased individual, and/or a deceased individual's name on a tombstone, or; a corporation or other legal fiction or a PUBLIC OFFICIAL or a "Person" which is a "regulated creature' created by legislature, regulated by <u>State</u> (diversity) a "sub-federal" position.

~ 11 ~

**9.** Your Affiant had and has the reasonable expectation that rights would and will not be violated by PUBLIC OFFICIALS and Officers and Agents of the Court i.e by their due process Fifth Amendment Violations and other Violations of the Law.

**10. Your Affiant states that no Affidavit filed in answer is taken as a non-response.**

**11. Your Affiant states that an Affidavit (or declaration) can only be answered by another Affidavit (or declaration).**

**12.** Your Affiant Claims that customs practices and procedure have been used to violate rights causing him to possibly seek other remedies such as Appeals to the Ninth Circuit or Title 42 1983 Litigation;

### *Now then for the relief =*

# :Claim 1:

I, :Jeffrey-Merritt: Wilson Claim that there was a federal bankruptcy stay in place **(Exhibit 4)** and that an unlawful foreclosure and recording took place in violation of the federal law which is superior to the state as it is a sub-federal franchise. AGENTS for US BANK NA = ZIEVE, BRODNAX & STEELE, LLP, Leslie M. Klott; continue to move forward after being duly noticed, challenged and defaulted by their silence in unlawful

~ 12 ~

detainer proceedings. <u>No statute of limitations on fraud</u>. **Demand**
**for declaratory relief and reversal of unlawful foreclosure by**
**the written contract by this Claim 1;**

# :Claim 2:

I, :Jeffrey-Merritt: Wilson Claim that my farming operation
known as **6 Corners Horse Farm (Exhibit 2)** was disrupted by the
unwarranted seizure by the STATE OF CALIFORNIA AGENTS violating
fourth and fifth amendment's specifically, therefore by
violating and handicapping me from my farming and food
production of horses, chickens, ducks, goats, pigs, dogs, fish-
aquaponics and vegetables and ***See Title 18 USC Section 2153***
***Destruction of war material, war premises, or war utilities;***
***Title 18 USC Section 43 Animal enterprise terrorism = a federal***
***offense i.e. Wilsons disruption of Horse farming/breading of***
***World Class Bloodlines; Title 18 USC Chapter 113-STOLEN***
***PROPERTY, Section 2311 definitions; Title 18 USC Chapter 105-***
***Sabotage, Section 2152 definitions; Title 18 USC Chapter 113b***
***Terrorism, Section 2331 definitions; Title 18 USC Section 2381***
***Treason "levies war against the United States" (Exhibit 3).*** <u>No</u>

~ 13 ~

statute of limitations on fraud or on challenges of subject-matter-jurisdiction or war crimes. **Demand for declaratory relief by the written contract by this Claim 2;**

# :Claim 3:

I, :Jeffrey-Merritt: Wilson Claim that the Treaty of Guadalupe Hidalgo and its Protocol of Queretaro and my rights as an assign to the forever benefits of my land located 343 Ricardo Drive, Aromas California which is located in the Mexican Land Grant known as Rancho Las Aromitas y Agua Caliente **(Exhibit 6)** have been violated by unwarranted unlawful seizure in excess of jurisdiction and that the STATE and the STATE OF CALIFORNIA OFFICIALS did not have subject-matter-jurisdiction for the fact of the federal treaty. **Demand for declaratory relief and or for the just-compensation-order by written contract by this Claim 3;**

This Affiant will provide this Court with all the necessary contracts/proofs when required so that a just determination and declaratory reliefs can be ascertained. This Affiant also asks this Court for the right to amend to be more specific as he is not

~ 14 ~

an attorney or trained in law but he does know right from wrong and he cites *Haines v. Kerner.*

I declare under penalty of perjury, by the laws of a competent-jurisdiction by my location now-space and time on the Land that the foregoing is true and correct to the best of my knowledge and belief; including all **Exhibits 1-6** which are true and correct copies in which I can attest to:

x _____

   :Jeffrey-Merritt: Wilson   Authentic-Seal
   :Competent-Fact-Witness
   :Reservation of Rights, UCC 1-308
   :Authorized-Representative
   :Affiant/Declarant/Land-Patent-Claimant.

**:Notary Witness to Page 16:**

~ 15 ~

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

| | See Statement Below   (Lines 1-5 to be completed only by document signers , not notary) |
|---|---|
| X | See Attached Document    (Notary to cross out lines 1-6 Below) |

1 _____
2 _____
3 _____
4 :Jeffrey-Merritt: Wilson _____
5 _____
6 _____

_Signature of Document Signer No. 1_          _Signature of Document Signer No. 2_

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Monterey

Subscribed and Sworn to (or Affirmed) before me

on this 21 day of September 2016

(1) :Jeffrey-Merritt: Wilson _____

(2) _____

Proven to me on the basis of satisfactory evidence to be the to be the person (s) who appeared before me.

E. CERVANTES
COMM. #2117999
Notary Public-California
County of Monterey
My Comm. Expires JULY 2, 2019

_Notary Seal_          _Signature of Notary Public_

Optional

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

Type of Document: Verified Affirmative Cl  Document Date:

**Attestation of Affirmation before the Notary Public**

I have willingly appeared before the Notary Public present today and have Sworn to (or Affirmed)  the statements within this document to be true and correct.

Right Thumb Print of Signer 1

Right Thumb Print of Signer2

_Signature Signer #1_          _Signature Signer #2_

JURAT

# :Memorandum on Points and Authorities/Jurisdiction:

I, :Jeffrey-Merritt: Wilson Notice the following Authorities:

## DIRTY HANDS DOCTRINE

**Definition:** Legal principle that a participant in a wrongful act may not recover damages resulting from it (may not sue the other participants in the wrongful act.) Also called the dirty hands doctrine;

"Indeed, no more than affidavits is necessary to make the prima facie case." United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L.W. 2169; S. Ct. March 22,1982. **As in my unrebutted affidavits and claims all of them.**

**Morris v. National Cash Register**, 44 S.W. 2d 433, clearly states at point #4 that "uncontested allegations in affidavit must be accepted as true," and the Federal case of **Group v. Finletter**, 108 F. Supp. 327 states, "Allegations in affidavit in support of motion must be considered as true in absence of counter-

~ 17 ~

affidavit." **As in my unrebutted affidavits and claims all of them.**

Any judicial record may be impeached by evidence of a want of jurisdiction in the Court or judicial officer, of collusion between parties, or of fraud in the party offering the record in respect to the proceedings. **[California Code of Civil Procedure, Section 1916].**

There can be no sanction or penalty imposed upon one because of the exercise of constitutional rights. **[Sherer v. Cullen, 481 F 946].**

Deprivation of rights under color of law: Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if

Created by the Jeffrey-Merritt: Wilson 09/13/16

bodily injury results from the acts committed in violation of this section or if such acts include the uses………..**[18 USC 242]**.

"There can be no sanction or penalty imposed upon on because of his exercise of Constitutional Rights" **Schware v. Board of Examiners, United States Reports** 353 U.S. pages 238, 239.

"The claim and exercise of a Constitutional Right cannot be converted into a crime." **Miller v. U.S.,** 230 F.2d. 486,489.

"When a judge acts intentionally and knowingly to deprive a person of his **Constitutional Rights** he exercises no discretion or individual judgement; he acts no longer as a judge, but as a "minister" of his own prejudices." **[386 U.S. 547, 568]**.

If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. (See **Louisville v. Motley** 2111 US 149, 29S. CT 42. " The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".)
**NO SUBJECT MATTER! STATEMENT BY COUNSEL NOT SUFFICIENT.**

"When is clearly appears that the court lacks jurisdiction, the court has no authority to reach merits. In such a situation the

~ 19 ~

action should be dismissed for want of jurisdiction." **Melo V. US**, 505 F2d 1026, 1030.

"A party must have standing to file suit at its inception and may not remedy this defect by subsequently obtaining standing." **Venture Holdings & Acquisitions Grp., LLC v. A.I.M. Funding Grp., LLC,** 75 So. 3d 773, 776 (Fla. 4th DCA 2011).

"It is a clearly established principle of law that an attorney must represent a corporation, it being incorporeal and a creature of the law. An attorney representing an artificial entity must appear with the corporate charter and law in his hand. A person acting as an attorney for a foreign principle must be registered to act on the principal's behalf. See Foreign Agents Registration Act (22 USC § 612 et seq.); **Victor Rabinowitz et. At. V. Robert F. Kennedy**, 376 US 605. Failure to file the "Foreign Agents Registrations Statement" goes directly to the jurisdiction and lack of standing to be before the court, and is a felony pursuant to 18 USC §§ 219, 951. The conflict of law, interest and allegiance is obvious. Bottom line: Plaintiff's = **Leslie M. Klott** alleged attorney has not proven agency and said attorney cannot give first-hand knowledge to

~ 20 ~

anything in this case and represent the Plaintiff at the same time. Further. There is no verification to the alleged facts in his complaint(unlawful detainer); hence, the complaint is fatally defective on its face.

"An attorney for the plaintiff cannot admit evidence into the court. He is either an attorney or a witness," and, "Statements of counsel in brief or argument are not facts before the court." **Trinsey v. Pagliaro** D.C. Pa. 1964, 229 F.

And also see also **Haines V. Kerner**, et. Al. 404 U.S. 519, 92 S. Ct. 594,30 L.Ed. 2d 652./**Estelle, Corrections Director, Et al v. Gamble** = unanimously held decisions in favor of pro se litigants.


# COURT CASE LAW AND LAND PATENTS

- **Anderson v. Carkins**, 135 U.S. 483, 10 S.Ct. 905, 34 L. Ed. 272 (1890):
- **Bagnell v. Broderick**, 38 U.S. 13 Pet. 436 436 (1839):
- **Harry Cage v. C.P. Danks**, 13 La. Ann. 128 (1858):
- **Lysander Collins v. Horace D. Bartlett et al.**, Points decided Oct. (1872):
- **Ejectment- Bagnell v. Broderick**, 38 U.S. 13 Pet. 436 436 (1839):
- **Robert Fletcher v. John Peck**, 10 U.S. (6 Cranch) 87; 3 L. Ed.162;1810 U.S.LEXIS 322:
- **Gibson v. Chouteau**, 80 U.S. 13 Wall.92 92 (1871):

~ 21 ~

- **Langdon v. Sherwood,** 124 U.S. 74 (1888):
- **Marsh v. Brooks,** 49 U.S. 223 222, 8 How.(1850):
- **Monroe Cattle Co. v. Becker,** 147 U.S. 13 S.Ct.217, 37 L. Ed. 72 (1893):
- **SANFORD v. SANFORD,** 139 U.S.642 (11 S.Ct.666,35 L.Ed.290)(1891):
- **SUMMA CORP. v. CALIFORNIA ex rel. STATE LANDS COMMISSION et al.,** No. 82-708 argued February 29, 1984- Decided April 17, 1984:
- **UNITED STATES v. STONE,** 69 U.S. 525 (1864) 2 Wall. 525:
- **UNITED STATES v. DEBELL et al.,** 277 F. 760 No. 4350 (1915):
- **Weber v. Pere Marquette Boom Co.,** 62 Mich. 626, 30 N.W. 469 (1886):
- **Wilcox v. Jackson,** 38 U.S.13 Pet. 498 498 (1839):

*AND =*

- **Rancho Las Aromitas y Agua Caliente = Mexican Land Grant in present-day San Benito County (1835),United States District Court (California :Southern District) Land Case No. 102 (Exhibit 6)**

Created by the Jeffrey-Merritt: Wilson 09/13/16

# :Exhibit 1:

Created by the Jeffrey-Merritt: Wilson 09/13/16

# CERTIFICATE OF APPOINTMENT IN-LIEU OF ELECTION AND OATH OF OFFICE

STATE OF CALIFORNIA

} ss.

COUNTY OF SAN BENITO

I, the undersigned County Clerk (Registrar of Voters) of San Benito County, State of California, do hereby certify that in-lieu of the election held, in and for the **SAN BENITO COUNTY SUPERIOR COURT JUDGE (Department No. 2)** on the 5th day of June, 2012, **HARRY J. TOBIAS** was appointed as if elected to the said office,, as appears by the official record of the results of the election, on file in my office. The six (6) year term of office, begins **January 7, 2013**, and expires **January 6, 2019.**

**IN WITNESS WHEREOF,** I have hereunto affixed my official seal this 4th day of December, 2012.

JOE PAUL GONZALEZ, County Clerk

By: _____, Deputy

Angela Curro

# OATH OF OFFICE

I, **HARRY J. TOBIAS**, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the united States and the Constitution of the State of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter.

**SAN BENITO COUNTY SUPERIOR COURT JUDGE**
(Department No. 2)

_____

**HARRY J. TOBIAS**

Subscribed and sworn to before me this 7th day of January, 2013.

_____
(Signature of Person Administering Oath)

Superior Ct. Judge
(Title)

## :Exhibit 1 - 8 Pages Oath of Offices Certified:

This is a true and correct copy of the
records in this office.
ATTEST Date: JUL 2 5 2016
Joe Paul Gonzalez, County Clerk in and
for the County of San Benito,
State of California.

BY _____
Deputy
SHEYLA GONZALEZ

COUNTY CLERK/RECORDER
THE GREAT SEAL OF THE STATE OF
CALIFORNIA
SAN BENITO COUNTY, CALIFORNIA

:Exhibit 1 - 8 Pages Oath of Offices Certified:

# CERTIFICATE OF APPOINTMENT IN-LIEU
# OF ELECTION AND OATH OF OFFICE

STATE OF CALIFORNIA
} ss.
COUNTY OF SAN BENITO

I, the undersigned County Clerk (Registrar of Voters) of San Benito County, State of California, do hereby certify that in-lieu of the election held, in and for the **SAN BENITO COUNTY SUPERIOR COURT JUDGE (Department No. 1)** on the 5th day of June, 2012, **STEVE SANDERS** was appointed as if elected to the said office,, as appears by the official record of the results of the election, on file in my office. The six (6) year term of office, begins **January 7, 2013**, and expires **January 6, 2019**.

*IN WITNESS WHEREOF, I have hereunto affixed my official seal this 4th day of December, 2012.*

JOE PAUL GONZALEZ, County Clerk

By: _____, Deputy
Angela Curro

# OATH OF OFFICE

I, **STEVE SANDERS**, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the united States and the Constitution of the State of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter.

**SAN BENITO COUNTY SUPERIOR COURT JUDGE**
(Department No. 1)

_____
**STEVE SANDERS**

Subscribed and sworn to before me
this 7th day of January, 2013.

_____
(Signature of Person Administering Oath)

_____
(Title)

## :Exhibit 1 - 8 Pages Oath of Offices Certified:

This is a true and correct copy of the
records in this office. JUL 2 5 2016
ATTEST Date: _____
Joe Paul Gonzalez, County Clerk in and
for the County of San Benito,
State of California.

BY _____ Deputy
SHEYLA GONZALEZ

:Exhibit 1 - 8 Pages Oath of Offices Certified:

# CERTIFICATE OF ELECTION AND OATH OF OFFICE

*STATE OF CALIFORNIA* } ss.
*COUNTY OF SAN BENITO* }

I, the undersigned County Clerk/Registrar of Voters of San Benito County, having jurisdiction over the conduct of the Primary Election held in and for the **County of San Benito** on the 3rd day of June, 2014, do hereby certify that at the election **John Darren Thompson** was elected to the office of **Sheriff/Coroner** for the **County of San Benito**, for the term of 4 years, beginning 1/5/2015 and ending 1/7/2019, as appears by the official record of the results of the election, on file in my office.

IN WITNESS WHEREOF, I have hereunto affixed my official seal this 23rd day of June, 2014.

JOE PAUL GONZALEZ, County Clerk/Registrar of Voters.

## OATH OF OFFICE

I, **John Darren Thompson**, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter.

### Sheriff/Coroner, County of San Benito

John Darren Thompson

Subscribed and sworn to before me this 5th day of January, 20 15.

(Signature of Person Administering Oath)

Superior Court Judge
(Title)

2014020008

**:Exhibit 1 - 8 Pages Oath of Offices Certified:**

JUL 2 5 2016

This is a true and correct copy of the records in this office

ATTEST Date: JUL 2 5 2016

Joe Paul Gonzalez, County Clerk in and for the County of San Benito, State of California.

BY

Deputy
SHEYLA GONZALEZ

:Exhibit 1 - 8 Pages Oath of Offices Certified:

# CERTIFICATE OF ELECTION AND OATH OF OFFICE

STATE OF CALIFORNIA }
                    } ss.
COUNTY OF SAN BENITO }

I, the undersigned County Clerk/Registrar of Voters of San Benito County, having jurisdiction over the conduct of the Primary Election held in and for the County of San Benito on the 3rd day of June, 2014, do hereby certify that at the election **Candice Ann Mancino** was elected to the office of **District Attorney** for the **County of San Benito**, for the term of 4 years, beginning 1/5/2015 and ending 1/7/2019, as appears by the official record of the results of the election, on file in my office.

IN WITNESS WHEREOF, I have hereunto affixed my official seal this 23rd day of June, 2014.

JOE PAUL GONZALEZ, County Clerk/Registrar of Voters.

*Joe Paul Gonzalez*

## OATH OF OFFICE

I, **Candice Ann Mancino**, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter.

### District Attorney, County of San Benito

*Candice Mancino*

Candice Ann Mancino

Subscribed and sworn to before me this
5th day of January, 2015.

_____
(Signature of Person Administering Oath)

Superior Court Judge
(Title)

2014020007

## :Exhibit 1 - 8 Pages Oath of Offices Certified:

This is a true and correct copy of the
records in this office.   JUL 29 2016
ATTEST Date: _____
Joe Paul Gonzalez, County Clerk in and
for the County of San Benito,
State of California.

BY _____
          Deputy
      SHEYLA GONZALEZ

:Exhibit 1 - 8 Pages Oath of Offices Certified:

# :Exhibit 2:

Created by the Jeffrey-Merritt: Wilson 09/13/16





:Exhibit 2 - 11 Pages Farming Oper        Signs on Hwy 101:



Exhibit 2 - 11 Pages Farming Operations and Signs on Hwy 101:



Exhibit 2 - 11 Pages Farming Operations and Signs on Hwy 101:



# Certificate of Registration

# APPALOOSA HORSE CLUB

This certificate is written evidence of the breeding of the below named animal. This acceptance is based upon an application duly certified by the breeder or owner. This certificate is subject to correction and cancellation under the By-laws of the Appaloosa Horse Club. The Appaloosa Horse Club will not be liable under this certificate for any mistakes therein, based upon an error or misrepresentation in the application thereof; and in case of such error or misrepresentation the Appaloosa Horse Club reserves the right to cancel or correct this certificate of registration.

Name: **JWSPLAYMISTYFORME**          Number: # **673886**     Foal Date: **02/27/2013**

Color: **CHESTNUT OR SORREL**          Sex: **MARE**          Foaled: **CALIFORNIA**

Original Owner:          Owner Address:
**JEFFREY MERRITT WILSON**          **SALINAS, CALIFORNIA**

Breeder:          Breeder Address:
**JEFFREY MERRITT WILSON**          **SALINAS, CALIFORNIA**

Description: WHITE WITH SPOTS OVER ENTIRE BODY/BLAZE/SNIP ON LOWER LIP//NO LEG MARKINGS/PARENTAGE VERIFIED DNA TYPED

Sire: **IZA ROYAL FLUSH #658070**
Grand Sire: I'ZA LAST JET #548020
Grand Dam: FLASH MY PEEPERS AQHA-3601678

Dam: **WILSONS MIST #654707**
Grand Sire: MR REE KIDD #469146
Grand Dam: VANATEE'S FARE #397957

_____          _____
President          Executive Secretary

IN WITNESS WHEREOF: We have hereunto affixed the seal of this society at Moscow, Idaho this date:   8/26/2013

**Please do not write on or deface this certificate.** Send this certificate of registration, transfer application and transfer fee to:
APPALOOSA HORSE CLUB ● 2720 WEST PULLMAN ROAD ● MOSCOW ID 83843

TRANSFER RECORD -- No record valid without signature of secretary

| Date | To | Address |
| --- | --- | --- |



:**Exhibit 2 - 11 Pages Farming Operations and Signs on Hwy 101:**



:Exhibit 2 - 11 Pages Farming Operations and Signs on Hwy 101:





:Exhibit 2 - 11 Pages Farming Operations and Signs on Hwy 101:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# :Exhibit 3:

Created by the Jeffrey-Merritt: Wilson 09/13/16

# PRIMER ON EMINENT DOMAIN RIGHTS

*This compilation came about in response to demands for information due to increasing public awareness that United States' citizens are being robbed of their rights and property by white-collar criminals, who use the courts to steal. These very sophisticated con games rely upon public ignorance about "due process" to get away with trespassing, stealing, and using corrupt court employees to issue "judgments" to give these fake things the appearance of "legally valid," when they are as criminal and phony as a $3 bill. The cure to this problem, is to <u>know what you own</u>, and know the "bundle of rights" that comes along with owning anything from a chicken or a telephone, to a mansion or a Lear jet. "If you don't know your rights, you don't have any" is as true today as it was during the corrupt American Revolution. By knowing your rights, knowing what you own, and by knowing our beautiful laws, nobody can bluff or con you out of your rights or property. We are a capitalistic society – all our laws are designed to protect our enterprises, and give us total freedom to spend all the money we want on as much stuff or property as we want. "Personal use" means that you acquire pottery, cars, poodles, golf balls, cookbooks, chickens, etc. <u>for your pleasure</u>, because that's what gives YOU that "zip" or "inspiration" in life. A free society protects this uniqueness, and no man can infringe on your lifestyle, property, or self expression unless he first PAYS you for it. Rights have value, and all property has value. Only socialist dictatorships restrict lifestyle and property ownership.*

*<u>NOTE</u>: All references are taken <u>directly</u> from the 2001 editions of West Group's federal civil and criminal codes, and Matthew-Bender's California civil and penal codes. My comments are in italic. Exact cites are given, so the reader may look them up and decide for himself. Omitted portions are dotted... "U.S.C." means United States Code as written by Congress. <u>Remember</u>: All tyrannies have used information control and propaganda to enslave and rob their own people – the first thing Hitler did was to burn all the books, and take over the courts. A free nation cannot be enslaved by propaganda and revisionism as long as its citizens know their own laws:*

## RESTRICTIONS ON SEARCH AND SEIZURE

**DISTRICT COURT CLERK'S MANUAL Chapter 3 section 3.01. Search Warrants (a) Introduction.** The Fourth Amendment to the United States Constitution provides: The right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized. **(b) History of the Search Warrant:** The concept of unreasonable search and seizure was an 18th century reaction regarding two separate evils, one on each side of the Atlantic Ocean. The general warrant and writ of assistance were instruments which provided the authorities the power to enter anywhere and seize any persons or things, at anytime, with little or no regard to any expectation of privacy. In England, general warrants were used by the King in an attempt to stop the publishing of what was then referred to as seditious libel (e.g., documents that incited rebellion against the authority of the state). In the colonies, writs of assistance were used, again by the King of England, to enforce customs and tax laws. Taxes on wine, tea, and stamps were assessed by the British Parliament in an attempt to retire a portion of the French and Indian war debt. These taxes, of course, were met with great resistance by the colonists. It was this resistance that led, in part, to the American Revolution in 1775. In England, the battle against the general warrant was being fought in the courts. Cases such as *Huckel v. Money* (Chief Justice Charles Pratt, Lord Camden, 1763); *Leach v. Money* (Chief Justice William Murray, Lord Mansfield, 1765); and *Entick v. Carrington* (Chief Justice Charles Pratt, Lord

## :Exhibit 3 – 26 Pages Eminent Domain Rights:

Camden, 1765) laid the foundation of one of the most exciting chapters of legal history. In what was an incredible triumph for the absolute impartiality of British justice, aristocratic judges returned verdicts against members of their own class, condemning the use of general warrants. The search and seizure of an individual's personal property cannot extend beyond the intent of the Constitution and federal laws. The most important consideration underlying the Fourth Amendment's protection is the reasonable expectation of privacy and security on the part of every citizen, against arbitrary intrusions and seizures by governmental authorities. **(c) Search and Seizure Rule.** Search and seizure is governed by Rule 41 of the Federal Rules of Criminal Procedure. The rule specifies who has the authority to issue warrants. It states, in part: "Upon the request of a federal law enforcement officer or an attorney for the government, a search warrant authorized by this rule may be issued (1) by a federal magistrate, or a state court of record within the federal district, for a search of property or for a person within the district, and (2) by a federal magistrate for a search of property or for a person either within or outside the district if the property or person is within the district when the warrant is sought but might move outside the district before the warrant is executed." *Fed.R.Crim.P. 41(a).*

*Overton v. Ohio,* 151 L.Ed 2d 317 (October 16, 2001): "The Fourth Amendment provides that 'no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.' U.S. Const., Amdt. 4. The probable-cause determination must be made by a neutral magistrate in order 'to insure that the deliberate, impartial judgment of a judicial officer will be interposed between the citizen and the police, to assess the weight and credibility of the information which the complaining officer adduces as probable cause.' *This case makes it very clear that there shall be NO "anonymous complaints," and that the duty of the court is to interpose a "neutral and detached" judicial officer between the complaining party in order to see if an offense truly has been committed. In California, warrants can only be issued on a FELONY. And if there is no victim, then there is no crime.*

<u>NO "SECRET DECISIONS" IN A FREE SOCIETY</u>

**The Ralph M. Brown Act (California Government Code, sections 54950-54962 "Brown Act") – Excerpted from Opinion of Bill Lockyear, 2001 DJDAR 12289 (Nov. 26, 2001):** "The Brown Act (§ 54950 et seq.), adopted in 1953, is intended to ensure the public's right to attend the meetings of public agencies. [Citation.] To achieve this aim, the Act requires, inter alia, that an agenda be posted at least 72 hours before a regular meeting and forbids action on any item not on that agenda. [Citation.] The Act thus serves to facilitate public participation in all phases of local government decisionmaking and to curb misuse of the democratic process by secret legislation of public bodies. [Citation.]

The Act's statement of intent provides: "In enacting this chapter, the Legislature finds and declares that the public commissions, boards and councils and the other public agencies in this State exist to aid in the conduct of the people's business. It is the intent of the law that their actions be taken openly and that their deliberations be conducted openly. The people of this State do not yield their sovereignty to the agencies which serve them. The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created. [Citation.]

The Brown Act dictates that "[a]ll meetings of the legislative body of a local agency shall be open and public, and all persons shall be permitted to attend any meeting of the legislative body of a local agency, except as otherwise provided in this chapter. [Citation.]" *This is designed to eliminate "special interests" from commandeering civic institutions and processes. Unfortunately, bribery is such great a temptation that often "private policy" ends up getting shoved down the public's throat to the detriment of unalienable rights.*

<u>:Exhibit 3 - 26 Pages Eminent Domain Rights:</u>

*INSIST that city council, etc. meetings disclose ALL "interested parties" AND their agendas. If some private entity wants to regulate and/or restrict your ownership of chickens, dogs, or junk cars, DEMAND that the district attorney make them post a Bond, FIRST. The District Attorney is paid by you to protect YOUR property rights. Demand he do his job.*

# EMINENT DOMAIN

**U.S. CONSTITUTION – Amendment 5. Self-Incrimination; Double Jeopardy; Due process.** "No person shall…be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation." *If any city or county wants to regulate, restrict or eliminate ANY private property, it must PAY for it out of its General Fund. "Regulations and restrictions" ARE TAKINGS, and MUST BE COMPENSATED. So POST your property "No Trespassing" to show that it belongs to YOU.*

**California Constitution Article 1, section 9 Due Process; Equal Protection; Privileges and Immunities:** "(a) A person may not be deprived of life, liberty, or property without due process of law or denied equal protection of the laws . . ." *"Due process" means that anybody wishing to restrain property or file a protest against the property of another, be it land, livestock, etc. must first put up a Bond to indemnify the lawful owner(s), THEN go through the process of having the matter decided by a jury. That is due process.*

***Monterey v. Del Monte Dunes***, 526 U.S.\_\_, 143 L Ed 2d 882, 119 S.Ct.\_\_ (1999): "[T]he District Court's jury instructions…directed the jury that (1) it should find for the landowner if the jury found that (a) the landowner had been denied all economically viable use of its property, or (b) the city's decision…did not substantially advance a legitimate public purpose (the jury awarded the landowner $8 million for the "takings" and $1.45 million for the city's unlawful acts -no just compensation or providing an adequate postdeprivation remedy for the loss). *The County is liable for any city employee violating the takings clause of the Fifth Amendment by trespassing. The property owner owns all "bundle of rights" that come with his Deed, as he bought it "as is," and nobody can convert, alter, change or amend his Deed except him. Cities and Counties are forbidden by law to amend any Deed, steal any Deed, restrict its use, or to use deceit, extortion, fear, and threats to get the owner to "amend" it by restricting his ownership and use of livestock, property, or his land. Post-deprivation loss also attaches to the sale of any agriculture or other commodity in interstate OR intrastate commerce, which sales were diminished by the takings/restriction. This includes anything the landowner would buy for his use and enjoyment of his property – building materials, landscaping/gardening supplies, animal feed, livestock, pets, vehicles, etc. Damages for the takings without just compensation and for the extortion are decided by a jury pursuant to the Seventh Amendment.*

California Constitution Article 1, section 19 Eminent Domain: "Private property may be taken or damaged for public use only when just compensation, ascertained by a jury unless waived, has first been paid to, or into court for, the owner." *In an unpublished court order in the Daily Appellate, the Sierra Club was ordered to post a Bond of $250,000 for a "takings" because it didn't want some logger to cut down his own trees. If private corporations or individuals such as the Humane Society wish to get rid of all roosters and restrict ownership of other pets and livestock in the County, they must likewise pay for it by putting up a Bond.*

**California Civil Code Title 1 Nature of Property, section 654 Ownership defined:** "The ownership of a thing is the right of one or more persons to possess and use it to the exclusion of others. In this code, the thing of which there may [be] ownership is called property." *You own all your property to the exclusion of all others. Nobody can tell you how to care for your own property, and nobody can "rescue" property from you unless they BUY it, first.*

## :Exhibit 3 – 26 Pages Eminent Domain Rights:

**California Civil Code Title 1 Nature of Property, Section 655 Things Subject to ownership:** "There may be ownership of all inanimate things…[there may be ownership] of all domestic animals…" *Animals, land, junk cars, etc. are PROPERTY.*

**California Evidence Code section 811 Value of property defined:** "As used in this article, 'value of property' means market value of any of the following: (a) real property or any interest therein; (b) real property or any interest therein and tangible personal property valued as a unit." *"Unit" could be one chicken. Its genetic composition could have great value just as other strains of livestock such as racehorses and beef cattle. "Interest" in that chicken could be anything from future profits from sale of its offspring to "intellectual property," such as photographs, movies, books, articles, fine art paintings, funny stories, videotapes, educational seminars, wearable art, sculptures, black velvet paintings, etc. of that chicken.*

**California Food and Agriculture Code section 30651:** As used in this chapter, "livestock" includes domestic fowls and rabbits. *The City and County are liable for "takings" of property/livestock units known as "birds and poultry, cattle, crowing fowl, pigeons, fish, frogs, chinchillas, guinea pigs, rabbits, parakeets, peafowl, guineas, goats, horses, pigs, sheep, and other small farm animals" and could not convince a jury it was "immune from liability" after proving both its indifference to clearly established law and its intent to steal under false pretenses, and for perpetrating domestic terrorism and crime against its own citizens.*

***Lucas v. South Carolina Coastal Council,*** 505 U.S. 1003, 120 L.Ed.2d 798: "There are a number of non-economic interests in land, such as interest in excluding strangers from one's land, the impairment of which will invite exceedingly close scrutiny under takings clause (5[th] Amend.)…if the protection against physical appropriations of private property was to be meaningfully enforced, the government's power to redefine the range of interests included in the ownership of property was necessarily constrained by constitutional limits…If, instead, the uses of private property were subject to unbridled, uncompensated qualification under the police power, "the natural tendency of human nature [would be] to extend the qualification more and more until at last private property disappeared…These considerations gave birth…to the oft cited maxim that, "while property may be regulated to a certain extent, if regulation goes too far it will be recognized as a taking. Where 'permanent physical occupation' of land is concerned, we have refused to allow the government to decree it anew…without compensation…**no matter how weighty the asserted "public interests" involved**." *Unless just compensation is offered, the city or county is committing fraud, theft, racketeering and terrorism if it wants to exert "acts of ownership or control" private property and livestock ownership rights. It is illegal to impose public policy upon private land; to do so constitutes a "takings," for which the City and County are liable for compensating the owner for his loss, no matter how small the intrusion.*

*Palazzolo v. Rhode Island,* 533 U.S.\_\_, 150 L.E.d.2d 592, 121 S.Ct.\_\_ (2001) (quoting both *Monterey v. Del Monte Dunes* and *Lucas v. South Carolina Coastal Council*): "Petitioners acquisition of title after the regulations effective date did not bar his takings claims. This Court rejects the State Supreme Courts sweeping rule that a purchaser or a successive title holder like petitioner is deemed to have notice of an earlier-enacted restriction and is barred from claiming that it effects a taking. Were the Court to accept that rule, the postenactment transfer of title would absolve the State of its obligation to defend any action restricting land use, no matter how extreme or unreasonable. A State would be allowed, in effect, to put an expiration date on the Takings Clause. This ought not to be the rule. Future generations, too, have a right to challenge unreasonable limitations on the use and value of land. The Takings Clause of the Fifth Amendment, applicable to the States through the Fourteenth Amendment, *Chicago, B.&Q. R.Co. v. Chicago,* 166 U.S. 226 (1897), prohibits the government from taking private property for public use without just

## :Exhibit 3 - 26 Pages Eminent Domain Rights:

compensation. In *Pennsylvania Coal Co. v. Mahon,* 260 U.S. 393 (1922), Justice Holmes well-known... formulation, while property may be regulated to a certain extent, if a regulation goes too far it will be recognized as a taking. (To quote Justice Stevens) It is wrong for the government to take property, *even for public use, without tendering just compensation." The Supreme Court ruled over 100 years ago that it is wrong for the government to steal. If the restriction is not listed in the Deed, the city or county cannot come in AFTER the fact and say it's restricted, even if the restriction occurred before the property was purchased. If the city did not reimburse the FORMER owner for the "regulatory taking," it cannot get away with failing to reimburse the PRESENT owner. That is FRAUD. If it isn't listed in the Deed, IT IS NOT RESTRICTED. And if the city or county still wants to impose any restriction, they have to "lawfully acquire the property" by justly compensating the owner/buying the land.*

## DOMESTIC TERRORISM IS AGAINST THE LAW

California Constitution, Article 1, section 1. Inalienable Rights. "All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy. *On September 11, 2001, the American people were given new meanings for the word "terrorism" when four stolen passenger planes loaded with jet fuel were used as "smart bombs" to kill over 5,000 innocent and unsuspecting civilians, and cause untold destruction and fear. Feelings of patriotism were immediately aroused coast-to coast. Waving a flag is one thing, understanding what it really stands for is another. The best way to eliminate ALL terrorism, is to regain an understanding of our own laws, and understand how and why CONGRESS defines terrorism. ALL terrorism takes away our freedoms, and shuts down our businesses and lives. Domestic terrorism takes many forms - racketeering, extortion, false liens, false personations and cheats, animal enterprise terrorism, and theft under color of law. This problem is not new; the Colonists were plagued by cringing Attorneys-General and Solicitors-General of the Crown and the arbitrary Justices of the King's Court, all bent on the conviction of those who opposed the King's prerogatives, and who twisted the law to secure convictions. Rights have VALUE. Anybody wishing to restrict the use of any private property or ownership right, including rental agreement, must PAY the owner or occupant for that right. A property is bought or rented "as is." Nobody can come along later and restrict its use except if they BUY IT, first. For example, the Title to your car doesn't say, "This car may be driven every day except on Wednesdays." Likewise, a property Deed does not say, "This land may be owned and used to the exclusion of all others for 10 years, after which it becomes City property, which the City can regulate and control." City or county codes are for CITY or COUNTY property – they do not apply to any private property, unless the city or county lawfully acquires the property by BUYING it, first. Only then can they "regulate" it.*

# TERRORISM IS AGAINST THE LAW - FEDERAL CRIMINAL CODES:

**Title 18 U.S.C. CHAPTER 113B TERRORISM, Section 2331. Definitions.** "As used in this chapter – (1) the term "international terrorism" means activities that - (A) involve violent acts...; (B) appear to be intended - (i) to intimidate or coerce a civilian population; (ii) to influence the policy of a government by intimidation or coercion; or (iii) to affect the conduct of a government by assassination or kidnapping..." *The end results of all terrorist acts are to restrict the victims' freedoms and put them out of business. The punishment is imprisonment for 25 years.*

**Title 18 U.S.C. CHAPTER 105 – SABOTAGE, Section 2152 Definitions** "As used in this chapter: The words 'war material' include arms, armament, ammunition, livestock, forage, forest products and standing timber, stores of clothing, air, water, food...The words 'war premises' include all buildings, grounds, mines, or other places wherein such war material is being produced... The words 'national-defense material' include

## :Exhibit 3 - 26 Pages Eminent Domain Rights:

arms, armament, ammunition, livestock, forage, forest products and standing timber, stores of clothing, air, water, food...The words 'national-defense premises' include all buildings, grounds, mines, or other places wherein such war material is being produced..." *"Livestock" are second in importance in war materials and defense materials, and the places where they are raised are war premises and national defense premises. All those men on aircraft carriers eat eggs every morning. Anybody interfering with the raising of livestock is* <u>*sabotaging*</u> *national defense materials. And anybody who restricts or prevents one American citizen from spending one dollar on one dog, cat, chicken, or pigeon is committing domestic terrorism, as nobody has the authority to regulate these Title 7 U.S.C. section 2 "agricultural commodities" except Congress.*

**Title 18 U.S.C. Section 2153 Destruction of war <u>material, war premises, or war utilities</u>** "(a) Whoever, when the United States is at war, or in times of national emergency...with intent to injure, interfere with... willfully injures, destroys...or attempts to so injure, destroy...any war material, war premises...shall be fined under this title or imprisoned not more than thirty years, or both. (b) If any two or more persons conspire to violate this section, and one or more of such persons do any act to effect the object of the conspiracy, each of the parties to such conspiracy shall be punished as provided in subsection (a) of this section." *The President has declared WAR on terrorism. After September 11, 2001, ANYBODY who conspires to interfere with lands for growing livestock gets 30 years in jail and a fine for committing SABOTAGE against the United States. "Anonymous complaints" were abolished over 200 years ago.*

**Title 18 U.S.C. CHAPTER 113 – STOLEN PROPERTY, Section 2311 Definitions:** "As used in this chapter: 'aircraft' means any contrivance now known or hereafter invented, used, or designed for navigation of or for flight in the air; 'cattle' means one or more bulls, steers, oxen, cows, heifers, or calves, or the carcass or carcasses thereof; 'livestock' means any domestic animals raised for home use, consumption, or profit, such as horses, pigs, llamas, goats, **fowl**, sheep, buffalo, and cattle, or the carcasses thereof; 'money' means the legal tender...; 'motor vehicle' includes an automobile...truck...wagon, motorcycle, or any other self-propelled vehicle...; 'securities' includes any note, stock certificate, bond...check, draft, warrant, traveler's check, letter of credit, warehouse receipt...bill of lading...valid or blank motor vehicle title; certificate of interest in property, tangible or intangible...; 'tax stamp' includes any tax stamp, tax token, tax meter imprint...; 'value' means the face, par, or market value, whichever is the greatest, and the aggregate value of all goods, wares, and merchandise, securities, and money referred to in a single indictment shall constitute the value thereof." *Congress revised this on June 25, 1948 after the Peal Harbor attack, as the whole nation figured out that a stolen "airplane" could severely affect national security and economic stability. It was already established for more than 200 years that the most important things that could be stolen that would destroy national security and economic stability were "cattle" and "livestock" including chickens. Anybody who steals a dog, cat, goat, pigeon, horse or chicken, or who trespasses on lands for their production with intent to steal is a domestic terrorist. The first capital offense prosecuted in this nation was for stealing chickens and eggs. Chickens and eggs were used as currency during the Depression, and are still on the books as valuable property, more important than stolen "money" or stolen "car." Owning and raising cats, dogs, livestock, pigeons, etc. is an unalienable right guaranteed by the Constitution, and anybody stealing or conspiring to steal them will get the thief 10 years in jail.*

**Title 18 U.S.C. section 43. Animal enterprise terrorism.** "Whoever...(2) intentionally causes physical disruption to the functioning of an animal enterprise by intentionally stealing...or causing the loss of, any property (including animals or records)...or conspires to do so; shall be fined under this title or imprisoned not more than one year, or both**...(d) Definitions**...the term 'animal enterprise' means-(**A**) a commercial or academic enterprise that uses animals for food or fiber production, agriculture...(**B**) a zoo, aquarium, circus, rodeo, or lawful competitive animal event; or (**C**) any fair or similar event intended to advance agriculture

**:Exhibit 3 – 26 Pages Eminent Domain Rights:**

arts and sciences…**(b) Aggravated offense** "Whoever…causes serious bodily injury…shall be fined…or imprisoned not more than 10 years, or both." *The County is liable for their or cities' employees 'illegally taking "anonymous complaints" and use of threats, fear, and intimidation (animal terrorism) to restrict federally protected "events intended to advance agriculture arts and sciences," namely, all 4H and FFA projects, all hobbyists who raise livestock and small animals and birds including pigeons for shows and competitions, and anybody who raises an animal for food. NOTE: The "Humane" Society is a private corporation, contracted with the County to get rid of unwanted pets and nuisance wildlife. They are NOT contracted to violate the Fourth Amendment in order to inventory and steal dogs, cats, chickens, horses, etc. under ANY pretext, or to conspire with corrupt judges, lawyers and court clerks to use the courts as a racketeering enterprise. The "Humane" Society was declared by the FBI to be an "animal terrorist organization" in 1993, yet they not shut down thanks to bribe money used to void judgments against them in court. See REPORT TO CONGRESS ON THE EXTENT OF DOMESTIC AND INTERNATIONAL TERRORISM ON ANIMAL ENTERPRISE online under Department of Justice or DOJ reports.*

**Title 18 U.S.C. section 3112.** Repealed November 16, 1981. *This federal law used to provide for the issuance of search warrants for seizure of animals, birds, and eggs, but it was repealed, which means that it has been illegal since 1981 for anybody to issue a warrant to seize an animal, a bird, or an egg. The County is liable for any of its cities, agents or employees acting outside the law to restrict ownership of livestock, and using fear, threat, intimidation, and fraud to coerce citizens to give up their property rights.*

## THREAT TO DOMESTIC & NATIONAL SECURITY

**Title 18 U.S.C. section 3592. Mitigating and aggravating factors to be considered in determining whether a sentence of death is justified: "(b) Aggravating factors for espionage and treason.** In determining whether a sentence of death is justified for an offense…the court…shall consider each of the following aggravating factors for which notice has been given and determine which, if any, exist: (2) Grave risk to national security – In the commission of the offense the defendant knowingly created a grave risk of danger to the national security." *Our dwindling resource of farmers is being wiped out by vigilantes in government and private sectors committing terrorism, racketeering and theft under color of law. Farmers, by their own hard work, produce something out of nothing to feed our nation. The 3 million farmers left in the United States today are under threat of dwindling down to zero, because Title 18 U.S.C. section 43 Animal enterprise terrorism is adopted and perpetrated by county employees. The County is liable for any of its agents or employees taking "anonymous complaints" and illegally imposing limits or restrictions on livestock and property ownership without just compensation, and who threaten food supplies through "regulation and control of all wealth" with the aid of private vigilantes to enforce a "no ownership" policy upon citizens to the point where they can no longer keep and raise livestock, food or pets. The County would be liable for its agents threatening national security/food supply.*

## LAW FORBIDS GIVING AID TO ENEMIES OF THE U.S.

**Animal terrorism: FBI Report:** "The Animal Enterprise Protection Act…codified as Title 18 section 43, makes it a federal offense…to cause physical disruption to the functioning of an animal enterprise resulting in economic damage exceeding $10,000…While the Act characterizes *terrorism* as physical disruption… (including stealing…or causing the loss of property), the FBI defines *terrorism* as "the unlawful use of force or violence against persons or property to intimidate or coerce a government, the civilian population, or any segment thereof, **in furtherance of political or social objectives**." *The County would be liable for its agents furthering political or social objectives of "domestic terrorism," "takings without just compensation," use of the courts to give "legally void" judgments the appearance of "legally valid" for the purpose of property*

## :Exhibit 3 – 26 Pages Eminent Domain Rights:

*confiscation; and other crimes described in "racketeering enterprises to steal property," which is what will happen when the "chicken and livestock police terrorists" are loosed upon the County's citizens.*

**Title 18 U.S.C. sec. 2381 Treason:** "Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death..." **Title 18 U.S.C. section 2383 Rebellion or insurrection:** "Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the law thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both, and shall be incapable of holding any office . . ." *The Humane Society puts in a strong presence at many public hearings. The Board illegally adopts their policy of making laws against property/chicken ownership under the guise of "stamping out cockfighting." The County is liable for adopting Humane Society objectives, which amount to a covert operation to steal property, livestock, and real estate* without just compensation *by using criminals in government positions to give it the appearance of a legitimate operation.*

## CITIES & COUNTIES CANNOT LEGISLATE EXCEPT AS TO LANDS THEY OWN

**UNITED STATES CONSTITUTION Article 6, Cl.2 Supremacy of Constitution.** "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof...shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." *We have three separate branches of government – legislative, administrative, and judicial - set up this way to ensure we would not become a dictatorship. "Dictatorship" means that one branch assumes all control, takes over the other branches, and becomes a "legislator" who makes its own laws, "administrates" to set up its own "court," and "prosecutes" its own laws. Under a "dictatorship," citizens have no rights, and property ownership is eliminated, as the dictatorship assumes regulation and control over all private property. The penalty for conspiring to overthrow the government of the United States is death or life imprisonment.*

*Schulz v. Milne*, 94 Daily Journal D.A.R. 6688 (1994) at 9989, "[D]efendants fail to apprehend basic constitutional tenets restricting the extent to which state power may be delegated to private parties. See also page 6694, footnotes 1 & 5: 1. It appears to the court that the City may have improperly contracted away its legislative and governmental functions to the Board and Milne, both of whom are private parties....the Ninth Circuit...clearly held that a municipality may not "surrender" its control of a municipal function to a private party. *Cities and Counties are "private municipalities;" they CANNOT assume legislative powers without the Governor's signature, or without it going through the State Legislature. Only the Governor can sign laws against "consumer goods." If any city or county does this, it's racketeering, fraud, embezzlement, extortion, and impersonating an officer; in this case, a State Legislator or the Governor.*

*People v. Parmar*, 86 Cal.App.4[th] 781; __Cal.Rptr.2d__ (Jan. 2001): "To establish a conflict of interest, it must be shown that the district attorney's discretionary decisionmaking has been placed with the influence and control of a private party with a particular interest in the prosecution of the defendant...With respect to nuisance abatement, the district attorney is subject to a greater direction from the county than he or she is in other respects." *In plain language, ALL complaints* must *go through the district attorney. We have the three separate branches of government – executive, legislative, and judicial – to preserve freedom, as any one of them taking over brings about a DICTATORSHIP. The city (administrative) CANNOT set up its own "court" to "prosecute" and "fine" its own citizens just to raise revenue or because some other private party doesn't*

**:Exhibit 3 - 26 Pages Eminent Domain Rights:**

like them. *Any city committing this conduct is "impersonating an officer" and committing "treason" against the Constitution of the United States.*

***In re Ellett***, 254 F.3d 1135 (9th Cir. 2001): "Under *Ex Parte Young* and its progeny, a suit seeking prospective equitable relief against a state official who has engaged in a continuing violation of federal law is not deemed to be a suit against the State for purposes of state sovereign immunity; *Ex Parte Young*, 209 U.S. at 159-160, 28 S.Ct. 441; *Will v. Mich. Dep't of State Police*, 491 U.S. 58, 71 n. 10, 109 S.Ct. 2304, 105 L.Ed.2d 45 (1989) (stating that "official-capacity actions for prospective relief are not treated as actions against the State."). Since the State cannot authorize its officers to violate federal law, such officers are "stripped of [their] official or representative character and [are] subjected in [their] person to the consequences of [their] individual conduct." *Ex Parte Young*, 209 U.S. at 160, 28 S.Ct. 441…*Ex Parte Young* gives life to the Supremacy Clause, as remedies designed to end a continuing violation of federal law are necessary to vindicate the federal interest in assuring the supremacy of that law." *Cities and Counties are "private municipalities;" they CANNOT assume legislative powers to regulate federally protected articles "livestock (including dogs, cats and pigeons) and feeds" in commerce. Cities and counties have NO IMMUNITY for legislating away ANY property rights and/or ownership rights without the Governor's signature, or without it going through the State Legislature. If they do, it's "impersonating an officer" and "treason" against the United States.*

## WARRANTS ONLY ISSUED THROUGH THE DISTRICT ATTORNEY

**California Penal Code Chapter 9 CRIMINAL PROFITEERING section 186.2 Definitions:** "(c) "Prosecuting agency" means the Attorney General or the district attorney of any county." *The following CANNOT file charges or prosecute in the name of the People: city attorneys, police officers, code enforcement, other private attorneys, animal control officers, etc. All they can do, is take a complaint from an injured citizen, and turn it over to the district attorney for prosecution. If any of them do violate this procedure, they are guilty of filing a false report, fraud, swindles, racketeering, extortion, and impersonating an officer.*

**California Penal Code section 813 Issuance of Warrants or Summons; Form and Content of Summons: 1995 Note:** "[A]n arrest warrant shall issue on a complaint if, and only if, the magistrate is satisfied from the complaint that the offense complained of has been committed and that there is reasonable ground to believe that the person named in the warrant has committed the offense." *Only a **victim** or **injured party** can file a complaint, which can **only** go through the district attorney's office. Then, it goes through a neutral and detached magistrate, who determines from the reports that the person named in the complaint has* committed *a crime. By law, police officers cannot file charges; they* can only take reports *from a* victim*. By law, dog-catchers are only contracted with the county to get rid of nuisance wildlife and unwanted pets.*

CITIES AND COUNTIES CANNOT ISSUE CITATIONS

**California Penal Code, Chapter 5b CITATIONS FOR VIOLATIONS OF COUNTY, CITY OR CITY AND COUNTY ORDINANCES. Sections 853.1 through 853.4.** Enacted 1955. Repealed 1967. *It has been illegal since 1967 for city or county ordinances to be enforced on private property. County employees are committing* domestic terrorism *if they issue "citations" for "code violations" on private property. "Repealed" means CANCELLED SINCE 1967. Twelve years of lawsuits between the years 1955 and 1967 clearly established the unconstitutionality of "city and county CITATIONS," so they were ABOLISHED. Any city or county employee writing one after 1967 is guilty of racketeering, extortion, and terrorism. The*

## :Exhibit 3 - 26 Pages Eminent Domain Rights:

*penalty is four years in prison.*

## CITIES AND COUNTIES CANNOT STEAL

California Civil Code section 669. Seisin or Ownership. "All property has an owner, whether that owner is the state, and the property public, or the owner an individual, and the property private." *The County is liable for illegal and wrongful presumption that its agents/employees are the lawful owners of all those guinea pigs, pigeons, chickens, pigs, horses, fish, frogs, goats, rabbits, sheep, crowing fowl, turkeys, ducks, geese, and chinchillas that belong to "an individual," who is an owner other than the city, county or the state. This applies to ALL property. If the county does not own it, the county cannot restrict it. If the city doesn't own it, the city cannot regulate or restrict its use. And if the city wants to exert acts of ownership or control over any part of another man" property, the city must PAY for it. Rights have VALUE.*

California Civil Code section 670 Lands owned by State. "The state is the owner of all land below tide-water, and below ordinary high-water mark, bordering upon tide-water within the state; of all land below the water of a navigable lake or stream; of all property lawfully appropriated by it to its own use; of all property dedicated to the state; and of all property of which there is no other owner." *The County is liable for its agents/employees' unlawful appropriation of property owned by private individuals, when they commit stalking, criminal trespass to inventory livestock and other property. In order to place a restriction upon any property, the county must first "lawfully appropriate" the property by buying it.*

### California Penal Code section 484. Acts Constituting Theft. "Every person who shall feloniously steal, take, carry, lead, or drive away the personal property of another, or who shall fraudulently appropriate property which has been entrusted to him, or who shall knowingly and designedly, by any false or fraudulent representation or pretense, defraud any other person of money, labor or real or personal property, or who causes or procures others to report falsely of his wealth or mercantile character and by thus imposing upon any person…is guilty of theft." *The County is liable for its employees/agents' use of "false or fraudulent representation or pretense [to] defraud any other person of money, labor or real or personal property" by having county or city agents/employees go door-to-door, falsely representing that they have any legal "authority" to use stalking, threats, fear, intimidation to restrict another's ownership of "property and livestock," and is liable for said employees/agents trespass to knowingly commit terrorism to "steal, take, carry, lead, or drive away the personal property of another."*

### Title 18 U.S.C. Federal Criminal Codes Chapter 42 EXTORTIONATE CREDIT TRANSACTIONS, section 891 (7) "An extortionate means is any means which involves the use, or an express or implicit threat of use, of violence or other criminal means to cause harm to the person, reputation or property of any person." *It is TERRORISM and threat of violence when code enforcement shows up – if you don't let them in, or refuse to sign a citation, or argue in defense of your right to acquire, own, and enjoy property to the exclusion of all others, it is an implicit threat that they can call for back up, haul you to jail, or shoot you on the spot. It is terrorism and white-collar CRIME for any citation to be*

## :Exhibit 3 - 26 Pages Eminent Domain Rights:

*issued against property or property use, as history has shown that this has been used as a bogus excuse to bring in private city attorneys to lien the property. Just like Al Capone, and just like any other terrorist eliminating freedom.*

**California Penal Code section 487. Grand Theft.** "Grand theft is theft committed in any of the following cases: (a) When the money, labor, or real or personal property taken is of a value exceeding four hundred dollars ($400)…(1)(A) When domestic fowls, avocados, olives…or other farm crops are taken of a value exceeding one hundred dollars ($100)…(d) When the property taken is an automobile, firearm, horse, mare, gelding, any bovine animal, any caprine animal (goat), mule, jack, jenny, sheep, lamb, hog, sow, boar, gilt, barrow, or pig." *In light of the World Trade Center destruction, it is domestic terrorism and sabotage to steal or conspire to attempt to steal any of these items or land for their use. The penalty is 3 years in prison.*

**California Penal Code section 487a. Animal; Theft Feloniously; Grand Theft.** "Every person who shall feloniously steal, take, transport or carry the carcass of any bovine [cattle], caprine [goat], equine [horse], ovine [sheep], or suine [pig] animal or any mule, jack or jenny, which is the personal property of another, or who shall fraudulently appropriate such property…[or…any portion of the carcass…which has been killed without consent of the owner] is guilty of grand theft." *The County is liable for any of its employees/agents' theft of live or dead animals, or any part of their carcasses, and is liable for employees' killing of any livestock without consent of the owner – which is terrorism. The penalty for terrorism is death or life imprisonment, the penalty for theft is three years in prison.*

## CITIES AND COUNTIES CANNOT FABRICATE CHARGES

**California PenalCode section 526 Imitation or Pretended Process – Delivery** "Any person, who, with intent to obtain from another person any money, article of personal property or other thing of value, causes to be delivered to the other person any paper, document or written, typed or printed for purporting to be an order or other process…calculated by its writing…to cause or lead the other person to believe it to be an order…is guilty of a misdemeanor…" *Citations for CITY or COUNTY "violations" have been void since 1967; and anybody purporting to steal property/livestock by "pretended service" gets one year in prison.*

**California PenalCode CHAPTER 7 EXTORTION section 518 Defined.** "Extortion is the obtaining of property from another, with his consent, or the obtaining of an official act of a public officer, induced by a wrongful use of force or fear, or under color of official right." *It is a wrongful and terrorist act to deprive one American citizen of the ability or freedom to spend one dollar on one rooster, small animal, dog, cat, pigeon, or other livestock, or any animal feed. The penalty is four years in prison.*

**California PenalCode CHAPTER 8 FALSE PERSONATIONS AND CHEATS section 531 Conveyance to Defraud Creditors and Others.** "Every person who is a party to any fraudulent conveyance of any lands, tenements, or hereditaments, goods or chattels, or any right or interest issuing out of the same…had, made, or contrived with intent to deceive and defraud others, or to defeat, hinder, or delay creditors or others of their just debts…is guilty of a misdemeanor." *Livestock is classified as "property having value" which can be*

**:Exhibit 3 - 26 Pages Eminent Domain Rights:**

used as collateral. *Any city or county which restricts or eliminates livestock ownership, and anybody such as "humane" Society or veterinarians who conspire with them violates contract and debt obligation laws.*

## CITIES AND COUNTIES CANNOT INDUCE FEAR

**California PenalCode CHAPTER 7 EXTORTION section 519 Fear Induced by Threat.** "Fear, such as will constitute extortion, may be induced by a threat, either: 1. To do an unlawful injury to the person or property of the individual threatened or of a third person; or, 2. To accuse the individual threatened, or any relative of his, or member of his family, of any crime; or, 3. To expose, or to impute to him or them any deformity, disgrace or crime…" *Threats by the city or county to turn "ownership of livestock" into a "crime" is EXTORTION, TERRORISM, and COMMODITIES' TAMPERING. The penalty is four years in prison.*

**California PenalCode CHAPTER 7 EXTORTION section 521 When Under Color of Office, section 522 Extorting Signature to Transfer of Property, section 523 Written threat Made to Extort.** "Every person who commits any extortion under color of official right…Every person who, by any extortionate means, obtains from another his signature to any paper or instrument, whereby, if such signature were freely given, any property would be transferred…Every person who, with intent to extort any money or other property from another, send or delivers to any person any letter or other writing, whether subscribed or not, expressing or implying…any threat…is punishable in the same manner as if the actual delivery of such debt, demand, charge, or right of action were obtained." *This section was enacted to prosecute and incarcerate corrupt government employees using threats and fear to terrorize innocent property owners, elderly, and other citizens into giving up any right or any property without due process. The penalty is four years in prison.*

**California Penal Code, Title 11.6 CIVIL RIGHTS. Section 422.6 Use of Force, Threats, or Destruction of Property to Interfere With Another's Exercise of Civil Rights - Punishment.** "(a) No person, whether or not acting under color of law, shall by force or threat of force, willfully injure, intimidate, interfere with, oppress, or threaten any other person in the free exercise or enjoyment of any right or privilege secured to him or her by the Constitution or laws of this state or by the Constitution or laws of the United States…" *Acquiring and owning livestock is an unalienable right secured by Congress. Nobody can take that right away, unless they PAY you for it. Rights have VALUE. The owner must be **paid**, and all moving expenses reimbursed for being relocated to some area where there is no domestic terrorism, the Constitution is the law of the land, and the owner is free to acquire and own property for personal enjoyment and use to the exclusion of all others. City or county employees are stripped of all immunity for attempting vigilante action against property owners.*

## CITES AND COUNTIES CANNOT TAX PROPERTY TWICE

**California Civil Code section 732. Right to Accessions and Increase.** "The owner of a thing owns also all its products and accessions." *The State, directly or indirectly through their agents, cannot tax future profits. So if the STATE cannot do this, how can a municipal corporation CITY do it, by requiring "permits" or "fees" for "private property ownership?" How can a non-profit corporation such as the "Humane" Society do it by requiring "licensing" of all dogs, or "conditional use permits" for dogs or livestock? By law, dogs and livestock are property, and, once purchased or acquired, are never taxed again except in socialist dictatorships, which punish property ownership. Besides, how can a non-profit corporation be "damaged" by somebody else raising dogs or livestock for profit, unless their real agenda is domestic terrorism,*

## :Exhibit 3 - 26 Pages Eminent Domain Rights:

introduce socialism, take away all property rights, and regulate and control all wealth.

**California Food and Agriculture Code section 30951.** "It is unlawful for any person to own, harbor, or keep any dog over the age of four months, or to permit such a dog which is owned, harbored, or controlled by him to run at large, unless the dog has attached to its neck or leg a substantial collar on which one of the following is fastened: (a) A metallic tag which gives the name and post office address of the owner. (b) A metal license tag which is issued by the authority of a county, city and county, or any municipal corporation for the purpose of identifying the dog and designating the owner." *Notice the "either/or" – enacted to protect the property owner if his dog gets lost or stolen so that it can be returned to him. Working dogs taken off the property can be registered with the County Recorder for cheap. It is illegal for a private corporation such as the Humane Society to require "fees" or "taxes" on private property "dog," as this constitutes "taxation without representation." California is the only state in the union that has stalking laws, and where it is a felony to steal a dog. These laws are to PROTECT the owner of a dog, so that he can recover it for FREE if it gets lost or stolen.*

## CITY AND COUNTY EMPLOYEES CANNOT VIOLATE THEIR OATHS

**Indebtedness: California Constitution Article XX section 3 Oath of Office:** All public officers and employees, executive, legislative and judicial…shall, before they enter upon the duties of their respective offices, take and subscribe the following Oath or affirmation: "I, _____, do solemnly swear [affirm] that I will support and defend the constitution of the United States and the Constitution of the state of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the United Sates and the Constitution of the state of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter. And I do further swear [affirm] that I do not advocate, nor am I a member of any party or organization, political or otherwise, that now advocates the overthrow of the government of the United States or of the State of California by force or violence or other unlawful means; that within the five years immediately proceeding the taking of this oath [affirmation] I have not been a member of any party or organization, political or otherwise, that advocated the overthrow of the government of the united states or the state of California by force or violence or other unlawful means except as follows: _____ (if no affiliations, write in the words "no exceptions") and that during such time as I hold the office of ____(name of office)____ , I will not advocate nor become a member of any party or organization, political or otherwise, that advocates the overthrow of the government of the United States or of the State of California by force or violence or other unlawful means." And no other oath, declaration, or test shall be required as a qualification for any public office or employment. "Public officer or employee" includes every officer and employee of the state, including the University of California, every county, city, city and county, district, and authority, including any department, division, bureau, board, commission, agency, or instrumentality of any of the forgoing. [adopted May 1879. Amended Nov. 1952]. *City and County employees are indebted to fulfill their Oaths, which forbids them to overthrow the government by means of adopting the policies of non-governmental organizations/corporations, animal terrorists, or criminals masquerading as government employees that steal property under false pretenses.*

## THE COUNTY CANNOT SHIRK ITS LIABLE FOR THE CONDUCT OF ITS EMPLOYEES OR AGENTS, OR ANY CITY EMPLOYEES OR AGENTS

***Allen v. City of Portland,*** 73 F.3rd, 232 (9th Cir. 1995): "By definition, probable cause to arrest can only exist in relation to criminal conduct; civil disputes cannot give rise to probable cause…contract dispute

## :Exhibit 3 – 26 Pages Eminent Domain Rights:

cannot give rise to probable cause to arrest." *Cities or counties CANNOT "butt in" on any civil dispute between neighbors, or presume there is any criminal activity related to ownership of livestock, fowl or other property. Civil disputes go through the DISTRICT ATTORNEY. If the city gets involved, it commits domestic terrorism.*

*Watkins v. City of Oakland*, 145 F.3d 1087 (9th Cir. 1998) at 1088: "**6. Civil Rights 214(4)** Municipality is not entitled to the shield of qualified immunity from liability under 42 U.S.C.A. section 1983." *Discrimination against disenfranchised citizens because they own fowl (roosters) and/or other livestock, and/or are Latinos, strips the County of immunity.*

*Burns v. Reed*, 500 U.S. 478, 486, 111 S.Ct. 1934, 114 L.Ed.2d 547 (1991): "[T]he law requires that "the official seeking immunity to bear the burden of demonstrating that immunity attaches to the particular function." *County or city employees could not bear the burden of demonstrating that sabotage, terrorism, extortion, theft under color of law, discrimination, racketeering, violation of due process, and "takings" without compensation attaches to their particular function of upholding the Constitution and protecting the property and rights of tax-paying citizens and property owners; therefore, the County would not be immune, either for the conduct of criminals posing as city or county employees.*

*Brandon v. Holt*, 105 S.Ct. 873 (1985) at pp. 873, 874: "**2. Civil Rights 13.16 -** In cases arising under section 1983, judgment against a public servant 'in his official capacity' imposes liability on the entity that he represents provided the public entity receives notice and an opportunity to respond. 42 U.S.C.A. section 1983. *Held:* 2. In cases under section 1983, a judgment against a public servant 'in his official capacity' imposes liability on the entity that he represents. This rule was plainly implied in *Monell, supra; Hutto v. Finney*, 437 U.S. 678, 98 S.Ct. 2565, 57 L.Ed.2d 522; and *Owen v. City of Independence*, 455 U.S. 622, 100 S.Ct. 1398, 63 L.Ed.2d 673." *Cities and counties cannot take anonymous complaints. The Supreme Court says that the County is the municipality upon which liability is imposed for civil rights claims against city employees within its jurisdiction. Any County Claim Form filed regarding these terrorist acts, frauds and swindles will be the County's Notice and Opportunity to be heard regarding city or county employees' criminal conduct/conspiring to steal property.*

*Lalonde v. County of Riverside*, 204 F.3d 947 (9th Cir. 2000): "If, however, there is a material dispute as to the facts regarding what the officer or the plaintiff actually did, the case must proceed to trial, before a jury if requested[10]... even when immunity from suit was an issue. Issues of credibility belong to the trier of fact. The Seventh Amendment to the Constitution so requires...See also *Johnson v. Jones*, 515 U.S. 304, 317-318 (1995) (holding that the existence of genuine issues of material facts render not appealable a pre-trial denial of summary judgment on the issue of qualified immunity)...[O]nce the plaintiff established that material issues of fact existed, the court was required to submit the factual dispute to a jury. *Thomson v. Mahre*, 110 F.3d 716, 719 (9th Cir. 1997) ("[W]here there is a genuine issue of fact on a substantive issue of qualified immunity, ordinarily the controlling principles of summary judgment and, if there is a jury demand and a material issue of fact, the Seventh Amendment, require submission to a jury."). *It would be impossible for the County to prove any immunity, when, after receiving a Claim or civil RICO suit with additional charges of terrorism and sabotage, it automatically rejects it in order to "play the odds" that the Claimant would be too ignorant to follow up where these issues would be taken to trial. The rejected Claim would become "Exhibit A."*

*Robinson v. Solano County*, 2000 Daily Journal D.A.R. 7643: "[T]he court awarded partial summary judgement after Robinson filed both state and federal claims in federal court. As to the county, the court

**:Exhibit 3 - 26 Pages Eminent Domain Rights:**

found that Robinson had failed to provide evidence to support municipal liability under the rule set out in *Monell v. Dept. of Social Services*, 435 U.S. 658, 690 (1978). However, California has rejected the Monell rule, under which a county may be held liable in a § 1983 suit only if it has adopted an illegal or unconstitutional policy or custom. California holds counties liable for acts of their employees under the doctrine of respondeat superior, and grants immunity to counties only where the public employee would also be immune from liability. See C.G.C. § 815.2; see also *Scott v. County of Los Angeles*, 32 Cal. Rptr. 2d 643, 650 (Ct. App. 1994) ("Under Government Code section 815.2, subdivision (a), the County is liable for acts and omissions of its employees under the doctrine of respondeat superior to the same extent as a private employer. Under subdivision (b), the County is immune from liability if, and only if, [the employee] is immune."). *The County would not be immune, as their employees and cities are not immune for Title 42 section 1983 discrimination against disenfranchised livestock owners, 4-Hers, FFA, pigeon clubs, feed stores, and feed mill owners. There is no immunity for domestic terrorism, sabotage, extortion, theft and racketeering under color of state and federal law, and no immunity for failing to provide equal protection at the point of threat, in this case, conspiracy by public employees to restrict commerce, and commit takings without just compensation by means of using threats, fear, intimidation, and fraud to coerce a civilian population to amend their Deeds and give up property rights or else face "charges" for owning property/agricultural commodities. This only happens in third-world socialist dictatorships.*

## PROPERTY OWNER IS IMMUNE FROM LIABILITY FOR USE OF DEADLY FORCE

**California Civil Code section 847.** "An owner…shall not be liable to any person for any injury or death that occurs upon that property during the course of or after the commission of any of the felonies set forth in subdivision (b)…The felonies to which the provisions of this section apply are the following: murder, mayhem, rape, sodomy…attempted murder… burglary, robbery; selling [controlled substances], grand theft, and any attempt to commit a crime." *There shall be no liability to the property owner for the death or injury to "thieves, terrorists, and robbers who trespass with intent to steal "personal property/livestock."*

## CITIES AND COUNTIES CANNOT VIOLATE RACKETEERING LAWS

**Title 18 section 1951 Interference with Commerce:** "Whoever in any way or degree obstructs, delays or affects commerce or the movement of any article or commodity…by robbery or extortion or attempts or conspires to do so…shall be fined…or imprisoned not more than twenty years…(2) the term 'extortion' means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, **or under color of official right**." **Title 7, section 2** [Agricultural commodities] Definitions: "The word 'person'…shall include individuals, associations, partnerships, corporations, and trusts. The word 'commodity' shall mean wheat, cotton, **rice, corn, oats, barley, rye, flaxseed, grain sorghums, mill feeds**, butter, eggs,…[Irish potatoes], wool, wool tops, fats and oils… cottonseed meal, cottonseed, peanuts, soybeans, soybean meal, **livestock, livestock products**, and frozen concentrated orange juice, and all other goods and articles…" **Title 7 section 2131** "The Congress finds that animals and activities which are regulated under this chapter are either in interstate or foreign commerce or

## :Exhibit 3 - 26 Pages Eminent Domain Rights:

substantially affect such commerce or the free flow thereof, and that regulation of animals and activities as provided in this chapter is necessary to prevent and eliminate burdens upon such commerce and to effectively regulate such commerce, in order…(3) to protect the owners of animals from theft of their animals by preventing the sale or use of animals which have been stolen." **Title 18 section 1962. Prohibited activities:** (b) It shall be unlawful for any person through a pattern of racketeering activity or through collection of an unlawful debt to acquire or maintain, directly or indirectly, any interest in or control of any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce…(d) It shall be unlawful for any person to conspire to violate any of the provisions of subsection (a), (b), or (c) of this section." **Title 18 Stolen Property, section 2311 Definitions:** "As used in this chapter…'livestock' means any domestic animals raised for home use, consumption, or profit, such as horses, pigs, llamas, goats, <u>fowl</u>, sheep, buffalo, and cattle, or the carcasses thereof." **Title 7 Agriculture section 601:** No state can restrict the raising of any commodity (chicken - hen or cock, other poultry, cattle, horse, goat, pig, sheep, parakeet, frog, fish, chinchilla, guinea pig, rabbit, etc.) for personal use. *If the state is forbidden to restrict commodities, neither can the city or county. City or county employees get 20 years in prison for conspiring to restrict the free flow of commerce and <u>agricultural commodities</u> known as "chickens (roosters and hens)," "birds and poultry," cattle," "crowing fowl," "pigeons," "goats," "horses," "pigs," "sheep," "other small farm animals (rabbits, fish, chinchillas, frogs, parakeets, guinea pigs, etc.)," and "animal/livestock <u>feed</u>" consisting of <u>mill feeds: rice, corn, oats, barley, rye, flaxseed, and grain sorghums</u>. The penalty is 20 years' imprisonment or $250,000 fine.*

*Salinas v. United States*, 118 S.Ct. 469 (1997) "[I]nterpretive canon is not license for judiciary to rewrite language enacted by legislature… Predominant elements in substantive Racketeer Influenced and Corrupt Organizations Act (RICO) violations are: (1) conduct (2) of enterprise (3) through pattern of racketeering activity. 18 U.S.C. § 1962(c)…. Racketeer Influenced and Corrupt Organizations Act (RICO) conspiracy conviction does not require overt or specific act. 18 U.S.C. § 1962(d)…. If conspirators have plan which calls for some conspirators to perpetrate crime and others to provide support, supporters are as guilty as perpetrators…. Conspiracy may exist and be punished whether or not substantive crime ensues, for conspiracy is distinct evil, dangerous to public, and so punishable in itself." *Judges and cities are forbidden to rewrite language enacted by legislature. They are forbidden to even think about using the courts to uphold bogus, fabricated charges for "hot pursuit of revenue." By their "conduct" of falsely representing the character, amount, or legal status of any debt, participants violate 15 U.S.C. sections 1692e(2)(A) and 1681s-2, and became "principals" in a "pattern of racketeering" by putting "false liens or debts" on "court or credit records" without "verifying" that the liens or debts were "legally valid" as the result of "having the matter determined by a jury" prior to having an "abstract of judgment entered." The fraud continues when these bogus judgments are used for "collection of unlawful debt." The language of 15 U.S.C. section 1681s-2 is particularly clear: "A person shall not furnish any information relating to a consumer to any consumer reporting agency if the person knows or consciously avoids knowing that the information is inaccurate."*

*Amortization:* "The *World Book Dictionary* defines '*amortize*' as: 1. To set money aside regularly in a special fund for future wiping out of (a debt…); 2. *Law.* To convey (property) to a body, especially an ecclesiastical body, <u>which does not have the right to sell or give it away</u>.' '*Amortization*' is: 1. The act of amortizing a debt; 2. The money set aside for this purpose." *The County is liable for cities' fraudulent misuse of the word "amortization" to mean an 18-month "grace" period before county agents crack down on all livestock and other small farm animal owners, 4-H, and FFA. The <u>correct</u> definition of "amortization" means that the <u>county and cities</u> need to set money aside <u>right now</u> for "conveying property (deeds/bundle of rights/chickens/chicken feed/livestock) to a body, (city or county agents), <u>which does not have the right to sell</u>*

## :Exhibit 3 - 26 Pages Eminent Domain Rights:

*or give it away.* This is hard evidence of County's liability for fraud – they <u>know</u> they have no right to con citizens into amending their own Deeds by giving up their property, but count on the public being too ignorant to look up the **real** definition of "amortize."

**CIVIL RICO by DAVID B. SMITH and TERRANCE G. REED, 1999 Edition published by MATTHEW BENDER,** publication update September 1999, front page: **"Injuries to "Business or Property:"** Interpreting the scope of compensable "business or property" injuries under section 1964(c), THE Sixth Circuit recently held in ***Isaak v. Trumble Savings & Loan Co.,*** 169 F.3d 390 (6th Cir. 1999), that the use and enjoyment of real estate constitutes "property" within the meaning of RICO so as to trigger the accrual of a RICO claim." *The county and its cities are liable for racketeering conduct of its employees/agents' use of fear, threats, and intimidation to "interfere with the use and enjoyment of property" by citizens who pay city and county employees to "protect and serve" their property rights.*

**California Civil Code section 3482.5 Preexisting Agricultural Uses Not Nuisance.** "(a)(1) No agricultural activity, operation, or facility, or appurtenances thereof, conducted or maintained for commercial purposes, and in a manner consistent with proper and accepted customs and standards, as established and followed by similar agricultural operations in the same locality, shall be or become a nuisance, private or public, due to any changed condition in or about the locality, after it has been in operation for more than three years if it was not a nuisance at the time it began." *County is liable for their agents' "racketeering and extortion" in using threats, fear and intimidation by going door-to-door issuing citations for having too many parakeets, fish, frogs, goats, guinea pigs, fowl, pigeons, pigs, horses, etc., which information they obtained illegally through criminal trespass or violation of property owners' Fourth Amendment.*

***U.S. v. Frega,*** 179 F.3d 793 (9th Cir. 1999) at 793: "To establish conspiracy under Racketeer Influenced and Corrupt Organizations Act (RICO) <u>does not require proof that individual defendant participated personally, or agreed to participate personally, in two predicate offenses;</u> rather, the conspiracy must contemplate the commission of two predicate acts by one or more of its members. 18 U.S.C. section 1962(d)." *More than two predicate acts occur when private individuals conspire with public employees to violate state and federal law by restricting property ownership without just compensation in furtherance of a racketeering scheme or artifice (denial of honest government services and theft under color of law); therefore, the County **is the municipality** upon which the "liability is imposed" for conduct constituting <u>RICO conspiracy</u> through fraud and deceit to effect "takings" without due process and without just compensation, which <u>is theft under color</u>. The county needs to remember the "judicial officers" who went to jail in this **Frega** case for operating the courts as a racketeering enterprise, the $42 million that went back into Uncle Sam's Treasury as "fruits of a racketeering enterprise," and needs to remember the 1,500 crooked employees who used to work for the DMV and who took "bribes" to "do favors" and manufacture fake licenses for their friends. In the **Frega** case, the feds only collected $42 million, because it was pled improperly, and a lot more big fish escaped the net.*

***Salinas v. United States,*** 118 S.Ct. 469 (1997): "[C]onspiracy is a distinct evil, dangerous to the public, and punishable in itself." *City and county employees are liable for conspiring to restrict property (including old cars) and agricultural commodities (Title 7, section 2) without just compensation, and conspiring to target disenfranchised livestock owners and feed mills in violation of Title 42 section 1983, and admitted to having "met" (conspired) with code enforcement and private persons in violation of the Brown Act in order to steal. The county is liable for its employees' intent (conspiracy) to conduct city and county business as a racketeering enterprise.*

**:Exhibit 3 - 26 Pages Eminent Domain Rights:**

*In Re Grand Jury Proceedings*, 87 F.3d 377 (9th Cir. 1996) at 378: "Attorney need know nothing about client's ongoing or planned illicit activity for crime-fraud exception to attorney-client privilege to apply." *The County is liable for city employees' "planned illicit activity" to turn property ownership into a crime, and any attorney representing the city or county agents in a lawsuit is liable under crime-fraud exception, and their malpractice insurance will **not** cover RICO allegations; nor can any of their clients recover ANY attorney fees (this notion was rejected by the full House in 1970 see CIVIL RICO, footnote 25)*

*Crowe v. Henry,* 43 F.3d 198, 199 (5th Cir. 1995): "A preanswer Motion to Dismiss action for failure to state a claim admits facts alleged in complaint but challenges plaintiff's right to relief based upon those facts." *The County would have no hope of using a 12(b)(6) motion to deny the fact that any of its citizens exists, and that one citizen was subjected to Animal Enterprise Terrorism, threats, fear, intimidation, trespass, and robbery by city employees.*

*Guerrero v. Gates, et al*, CV 00-7165, WILLIAM J. REA, August 28, 2000, United States District Court for the Central District of California, quoting pertinent parts relating to nationwide news the LAPD CONDUCT SUBJECT TO CIVIL RICO:  DISCUSSION:  Legal Standard Pursuant to Federal Rule of Civil Procedure 12(b)(6):  A party may bring a motion to dismiss a plaintiff's claims if the plaintiff's allegations "fail to state a claim upon which relief can be granted." Fed. R. Civ. P. 12(b)(6). Generally, "[a] complaint should not be dismissed for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957). Thus, dismissal is proper where the complaint lacks either a cognizable legal theory or insufficient facts to support a cognizable legal theory. See *Balistreri v. Pacifica Police Dep't.*, 901 F.2d 696, 699 (9th Cir. 1990).  In reviewing a Rule 12(b)(6) motion, **a court must construe all allegations contained in the complaint in the light most favorable to the plaintiff, and must accept as true all material allegations in the complaint, as well as any reasonable inferences to be drawn from them.** See *Hospital Bldg. Co. v. Trustees of the Rex Hosp.*, 425 U.S. 738 (1976). **Thus, no matter how improbable the alleged facts are, the court must accept them as true for the purposes of the action.** See *Nietzke v. Williams*, 490 U.S. 319, 326-27 (1989). *The first amended complaint alleges planting evidence and extortion by Rampart police, which are both racketeering violations under Title 18. Attorneys for the defendant police made a motion to dismiss based on "failure to state a claim." The court recommended that this motion be denied, and encouraged the plaintiff to pursue his racketeering claims." Likewise, it would be very easy to "prove the set of facts" that the city and county employees aided and abetted racketeering activity by restricting property use, and by conspiring with private individuals and corporations to terrorize tax-paying citizens.*

**AR zoning**: "Existing animal keeping uses in the AR Agricultural-Residential District which become nonconforming by reason of development on an adjoining site which was vacant when the animal keeping use was established may be continued indefinitely; provided, however, if the animal keeping use is abandoned or discontinued for a period of eighteen (18) months, it shall not be resumed except in conformity with the provisions of Section 9-3.420 of this article. *The County is liable for illegally proposing (extortion) that citizens be given 18 months to get rid of chickens or face charges" in order to threaten and intimidate citizens to give up their property rights, which is a "scheme or artifice to defraud under color of official right." The County is liable for any of its employees/agents using extortion, threats, fear and intimidation to coerce citizens to "amend" their Deeds and give up their property rights without just compensation or due process, and for falsely purporting that if the chickens or other livestock/small farm animals are gone for 18 months, the County can then fraudulently "amend" the owner's deed, illegally convert the title, and get rid of the Prop 13 tax break.*

## :Exhibit 3 - 26 Pages Eminent Domain Rights:

*Jones v. United States*, 529 U.S.__, 146 L Ed 2d 902, 120 S.Ct___ (May 22, 2000): "*Held:* Because an owner-occupied residence not used for any commercial purpose does not qualify as property 'used in' commerce or commerce-affecting activity, arson of such a dwelling is not subject to...prosecution..." *The Supreme Court says that you cannot be prosecuted by anybody for damaging your own property. The county is liable for its employees/agents' fraud, perjury, and extortion to steal property under the guise of "rescuing" it from its lawful owner.*

## PROPERTY OWNER'S STANDING TO SUE UNDER RICO

*Rotella v. Wood*, 528 US__, 145 Led 2d 1047, 120 SCt.__, at pg. 1047: "The Racketeer Influenced and Corrupt Organizations Act (RICO) (18 U.S.C.S §§ 1961 et seq.) provides that (1) it is unlawful to conduct an enterprise's affairs through a pattern of racketeering activity (18 U.S.C. § 1962(c), (2) a pattern requires at least two acts of racketeering activity, the last of which occurs within 10 years after the commission of a prior act (18 USCS § 1962(c), (3) a person injured by a civil RICO violation can bring a civil RICO action (18 USCS 1964(c))." *Any person injured by racketeering activity can file a civil RICO lawsuit. "Racketeering activity" is anything which interferes with land use and property rights – threats, fear, false process, false liens, etc.*

## CITIES AND COUNTIES ARE FORBIDDEN TO INTERFERE WITH FEDERALLY PROTECTED AND FUNDED PROGRAMS – FFA and 4H

**Title 18 U.S.C. section 666. Theft or bribery concerning programs receiving Federal funds.**
"Whoever...being an agent of...a State, or local...government, or any agency thereof-(A) embezzles, steals, obtains by fraud, or otherwise converts to the use of any person other than the rightful owner...shall be fined under this title, imprisoned not more than 10 years, or both...The circumstances referred to...is that the organization, government, or agency receives, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of Federal assistance...As used in this section-(1) the term 'agent' means a person authorized to act on behalf of another person or government and...includes a servant or employee, and a partner, director, officer, manager, and representative; (2) the term 'government agency' means a subdivision of the executive, legislative, judicial, or other branch of government, including a department, independent establishment, commission, administration, authority, board, and bureau, and a corporation or other legal entity established, and subject to control, by a governmental or intergovernmental program." *The County is liable for its "servants or employees, boards, etc." embezzlement of federal funds in excess of $10,000 for restricting federally funded and protected "animal enterprises" including hobbyists, petting zoos, fairs, aquariums, 4H and FFA, pigeon shows, etc. by "stealing, obtaining by fraud, or otherwise convert to the use of any person other than the rightful owner" livestock and small animals lawfully owned within the County. The county does not get to receive federal funds for protected 4H and FFA programs, then turn around and restrict them. Not only is this a crime against the tax-paying citizens in the County, it is a crime against the United States. Anything which interferes with land use is racketeering.*

## CITIES AND COUNTIES CANNOT DO ILLEGAL SEARCH AND SEIZURE

*Steagald v. United States*, 68 L.Ed.2d 38 "Held: 2. The search in question violated the Fourth Amendment, where it took place in the absence of consent or exigent circumstances. (a) Absent exigent circumstances or consent, a home may not be searched without a warrant...(c) A search warrant requirement...will not significantly impede effective law enforcement efforts...no warrant is required to apprehend a suspected felon in a public place. Moreover, the exigent-circumstances doctrine significantly limits the situations in which a search warrant is needed. And in those situations in which a search warrant is necessary, the

## :Exhibit 3 - 26 Pages Eminent Domain Rights:

inconvenience incurred by the police is generally insignificant. In any event, whatever practical problems there are in requiring a search warrant…they cannot outweigh the constitutional interest at stake in protecting the right of presumptively innocent people to be secure in their homes from unjustified, forcible intrusions by the government…The purpose of a warrant is to allow a neutral judicial officer to assess whether the police have probable cause to make an arrest or conduct a search. As we have often explained, the placement of this checkpoint between the Government and the citizen implicitly acknowledges that an 'officer engaged in the often competitive enterprise of ferreting out crime,' Johnson v. United States, 333 U.S. 10, 13-15 (1948), at 14, may lack sufficient objectivity to weigh correctly the strength of the evidence supporting the contemplated action against the individual's interests in protecting his own liberty and the privacy of his home." *Warrantless search or arrest can ONLY occur IN A PUBLIC PLACE during "hot pursuit." In all other cases, a fair, neutral and detached judicial officer determines FROM THE COMPLAINT is a warrant should issue based upon the commission OF A FELONY. This is where the public's ignorance is used by robbers posing as code enforcement, etc., WHO DO NOT HAVE THE AUTHORITY TO ISSUE ANYTHING.*

**California Penal Code Chapter 3 SEARCH WARRANTS section 1523 Definition:** "A search warrant is an order in writing, in the name of the people, signed by a magistrate, directed to a peace officer, commanding him or her to search for a person or persons, a thing or things, or personal property, and, in the case of a thing or things or personal property, bring the same before the magistrate. **1996 Notes:** (a) the purpose of the amendment to Section 1523 of the Penal Code is to provide a mechanism for compliance with *Steagald v. United States*, , 68 L.Ed.2d 38" *No VICTIM equals NO CRIME. And search warrants cannot be issued willy-nilly – see Steagald, above. Warrants are only issued IN THE NAME OF THE PEOPLE by going through the DISTRICT ATTORNEY and the MAGISTRATE. The reference to Steagald was a warning: Cities have been caught issuing bullshit warrants BEFORE. The ONLY person who can issue ANY warrant in the NAME OF THE PEOPLE is the district attorney, and he can ONLY do this from a report taken by a police officer from a VICTIM that goes through HIS office, then through the scrutiny of a neutral and detached MAGISTRATE.*

**California Penal Code Chapter 3 SEARCH WARRANTS section 1524 Ground for Issuance:** "(a) A search warrant may be issued upon any of the following grounds: (1) When the property was stolen or embezzled. (2) When the property or things were used as the means of committing a felony.…" *There's more to this section, but it is very clear: THERE ARE NO "FISHING EXPEDITIONS" TO SEIZE PROPERTY THAT IS NOT REPORTED AS STOLEN!!!*

*Carrera v. Bertaini*, 63 C.A. 3d 721; 134 Cal.Rptr. 14: "[I]mpoundment of an owner's farm animals… without prior notice or hearing, and without a hearing in the superior court…was unlawful and the owner was entitled either to have animals returned…or their reasonable value…the due process clause of the Fourteenth Amendment requires some form of notice and hearing…the hearing must take place before the property is taken." *Cities try to wriggle around this one, by holding "public hearings." These hearings, however, are NOT proper hearings with the property owner or his counsel present in superior court with the value of all property and bundle of rights tallied and presented for just compensation by the city or county out of the General Fund. The County is liable for the city using fraud and deceit to try to con the public into believing that public hearings take the place of "a notice and hearing in superior court."*

## CITIES AND COUNTIES CANNOT VIOLATE PROPOSITION 218

*Apartment Association of Los Angeles v. City of Los Angeles,* 1999 Daily Journal D.A.R. 8951: "Fee imposed upon residential rental properties that wasn't adopted pursuant to Proposition 218 is void. In 1996, California adopted Proposition 218 (the "Right to Vote on Taxes Act"), thereby adding Article XIIID to the

## :Exhibit 3 - 26 Pages Eminent Domain Rights:

California Constitution (1) to limit "the methods by which local governments exact revenue from taxpayers without their consent"…Section 6 obligates an agency to follow specified procedures before imposing or increasing any…fee…including notice to identified property owners who would be subject to the proposed new fee…" *The County is liable for its employees/Planning Department/Supervisors/Cities' illegal imposition of "conditional use permit/tax/fee" on property (livestock) in violation of Proposition 218.*

## CITIES AND COUNTIES CANNOT VIOLATE THE FOURTH AMENDMENT

**U.S. CONSTITUTION Amendment 4. Search and Seizure.** "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." *We have forgotten that his was drafted to correct the evils of "swarms of the King's officers" barging in and arbitrarily confiscating "seditious" material, which was determined by them to be "seditious" without benefit of a judge or a public trial. Today we see the same set of circumstances – invasion and terrorism because somebody else invaded our privacy, and did a "bench trial" because they determined that our lifestyle was "seditious."*

**California Penal Code SECTION 602.2.** "Any ordinance or resolution adopted by a county which requires written permission to enter vacant or unimproved private land from either the owner, the owner's agent, or the person in lawful possession of private land, shall not apply unless the land is immediately adjacent and contiguous to residential property, or enclosed by fence, or under cultivation, or posted with signs forbidding trespass, displayed at intervals of not less than three to a mile, along all exterior boundaries and at all roads and trails entering the private land." *County is liable for its agents/employees illegally entering fenced, posted, under cultivation, adjacent to residential, private property without written permission of the owner, owner's agent, or person in lawful possession of the property.*

*The People v. Camacho,* 1998 Daily Journal D.A.R. 12105: "Police observation through bedroom window from non-public area constitutes unlawful search." *The County is liable for Fourth Amendment violations, and has no immunity when its employees trespass upon areas that "members of the public cannot be said to have been implicitly invited." No such implicit public invitation exists in a side yard, back yard, or neighbor's yard for county employees or anybody else to conduct invasion of privacy and/or pretextual search without probable cause to inventory livestock or other property by peeking over or through fences, even chain-link fences, which are there to exclude the eyes of strangers and trespassers.*

*U.S. v. Hotal,* 143 F.3d 1223 (9th Cir. 1998). "To comply with Fourth Amendment, anticipatory search warrant must either on its face or on the face of the accompanying affidavit clearly, expressly, and narrowly specify the triggering event…Consent to search that is given after illegal entry is tainted and invalid under the Fourth Amendment…Plain-view doctrine did not apply to seizure of evidence from defendant's residence after officers conducted initial search based on invalid anticipatory search warrant…Plain-view doctrine does not apply unless the initial entry is lawful…pursuant to a valid warrant…" *The county is liable for its agents/employees stealing anything without probable cause on a tainted warrant that fails to narrowly list things with particularity that are connected with a crime, and that fails to have an attached affidavit from a victim injured in his or her business or property. State and federal law protects the unalienable right to "own property/livestock," so the county is liable for its employees' "fabricated charges" and "pretextual search without probable cause."*

*See v. City of Seattle,* 387 US 541, 18 L.Ed.2d 943, 87 S.Ct. 1737: "[I]t was held that the Fourth Amendment forbids warrantless inspections of commercial structures as **well as of private residences**…The

## :Exhibit 3 – 26 Pages Eminent Domain Rights:

search of private commercial property, as well as the search of <u>private houses</u>, is presumptively unreasonable if conducted without a warrant." *Again, if there is no victim, there is no crime. The county would be liable for violating the Fourth Amendment in allowing any of its agents or employees to conduct "warrantless inspections" to search for livestock and other property on residences.*

***U.S. v. U.S. District Court,*** 407 U.S. 297 (1972): "The Government's duty to safeguard domestic security must be weighed against the potential danger that unreasonable surveillances pose to individual privacy and free expression…[t]he freedoms of the Fourth Amendment cannot properly be guaranteed if domestic surveillances are conducted…[violates] the citizen's right to be secure in his privacy against unreasonable Government intrusion." *The city and county is liable for conducting illegal surveillance on private citizens to see who might be keeping or raising livestock. Violation of the Fourth Amendment strips public employees of all immunity. NOTE: U.S. v. U.S. District Court was about protecting the rights of persons who actually blew up federal property and conspired to blow up some more. It appears that terrorist bombers have more constitutional protections than a livestock owners today.*

***Camara v. Municipal Court,*** 387 US 523, 18 L.ed.2d 930, 87 S.Ct. 1727: "The basic purpose of the Fourth Amendment is to safeguard the privacy and security of individuals against arbitrary invasions by governmental officials; the Amendment thus gives concrete expression to a right of the people which is basic to a free society. The guaranty against unreasonable searches and seizures contained in the Fourth Amendment is applicable to the states by reason of the due process clause of the Fourteenth Amendment. The protection of the Fourth Amendment against unreasonable searches and seizures is not limited to a situation in which an individual is ***suspected*** of criminal behavior." *The County is liable for violations of the Fourth, Fifth and Fourteenth Amendments by their agents/employees for "suspecting" that a citizen is a criminal because he or she happens to own and raise livestock for their own use. The County needs to remember the hundreds of innocent citizens who were released in the Rampart scandal, because "corrupt city and county employees fabricated charges and committed perjury."*

***Hanlon v. Berger,*** 526 U.S.___, 143 L.Ed 2d 978, 119 S. Ct.___: "It is a violation of the Fourth Amendment for media to be present during the execution of a search warrant." *The County is liable and has no immunity for using the local media to invade the privacy of, and slander fowl and livestock owners while falsely representing the County's "racketeering enterprise" is lawful to facilitate "raids on other livestock owners" for the proceeds of the specified unlawful activity prohibited under Title 18 § 1962 Racketeering Influenced and Corrupt Organizations Act.*

## CITIES AND COUNTIES CANNOT VIOLATE THE FOURTEENTH AMENDMENT

*U.S. Constitution Fourteenth Amendment Section 1:* "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the law." *The County is liable for "failure to provide equal protection" to all citizens owning property, as the County is not a separate country, it falls within the State of California within the United States, and its employees do not get to make up their own laws intended to steal property and disenfranchise and discriminate against citizens for owning chickens, pigeons, parakeets, guinea pigs, goats, ducks, turkeys, cattle, horses, pigs, sheep, fish, chinchillas, frogs, etc.*

## :Exhibit 3 - 26 Pages Eminent Domain Rights:

*Village of Willowbrook v. Olech,* 528 U.S.___, 145 L.Ed 2d 1060, 120 S.Ct.___ (Feb. 2000): "Fourteenth Amendment's equal protection clause held to give rise to cause of action on behalf of 'class of one' where property owner's equal protection claim…did not allege membership in class or group." *The County is liable under the Fourteenth Amendment for each claim by each feed store, feed mill, and livestock owner for property loss <u>without</u> the necessity of a class action suit, and <u>without</u> being in any particular group. All that is necessary, under this Supreme Court decision, is for <u>one person</u> to be denied equal protection.*

**Equal protection:** *If the city or County restricts "crowing fowl," it must also restrict all other vehicles, machinery, etc. whose noise levels exceed the decibel level of crowing fowl. This means restricted use of all sirens, construction equipment, aircraft, motorcycles, stereos, 18-wheel trucks, etc. within the county. Under the laws they ordain, city and county employees including the Board of Supervisors must open their homes for public inspection. If the public finds any property that is abused, neglected, abandoned or in excess of acceptable numbers, the public shall <u>rescue</u> the property and <u>adopt it</u> out to a new owner. Given the county's code enforcement officers' past practices and precedents, this inspection shall include living conditions and all other personal property, which can likewise be rescued and adopted out. What's good for the goose is good for the gander.*

## CITES AND COUNTIES CANNOT VIOLATE CIVIL RIGHTS

**Title 42 U.S.C. Section 1983:** "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress..." *The County would be liable for <u>discrimination against</u> "livestock owners, 4-H, FFA, feed stores, and feed mills."*

**Title 28 U.S.C. – Section 1343 Civil rights and elective franchise.** "(a) The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person:

(1)      To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42;

(2)      To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to occur and power to prevent;

(3)      To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;

(4)      To recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights, including the right to vote." *The County is liable to reimburse disenfranchised livestock owners for property loss without just compensation and deprivation of the right to own all livestock both large and small for personal use, food, or profit. Cities and counties cannot set*

## :Exhibit 3 – 26 Pages Eminent Domain Rights:

*themselves up as heads of vigilante organizations. The County is liable to provide redress for the deprivation, under color, of the rights secured by the Constitution of the United States and Acts of Congress providing for equal rights of citizens to have just compensation for any County "takings;" and is liable to pay damages or to secure equitable or other relief providing for the protection of civil rights, including the right to own and raise pigeons, cats, dogs, large or small livestock, chickens whether they be hens or roosters, and to buy and sell livestock feed.*

***Estate of Macias v. Lopez,*** 42 F.Supp.2d 957 (N.D.Cal. 1999): "…the district court began its analysis by setting forth the elements of a § 1983 claim against an individual state actor as follows:

> [the plaintiff(s)] possessed a constitutional right of which [they were] deprived;

> the acts or omissions of the defendant were intentional;

> the defendant acted under color of law; and

> the acts or omissions of the defendant caused the constitutional deprivation.

The court also stated that, to establish municipal liability, a plaintiff must show that:

> [the plaintiff] possessed a constitutional right of which [he/she] was deprived;

> the municipality had a policy or custom;

this policy or custom amounts to deliberate indifference to [the plaintiff's] constitutional right; and

> the policy or custom caused the constitutional deprivation.

…The district court then stated, however, that "[b]efore there can be any liability under section 1983, there must be 'a direct causal link' between the personal conduct of Deputy Lopez or the municipal conduct of Sonoma County and the alleged constitutional deprivation, in this case the murder of Maria Teresa Macias…In each of these cases, the Supreme Court and this court treated the deprivation of a constitutional right as the alleged "injury." See ***Monell v. Dept. of Social Services,*** 435 U.S. 658, 690 (1978), 436 U.S. at 692 (holding that a § 1983 "plainly imposes liability on a government that, under color of some official policy, 'causes' an employee to violate another's constitutional rights"); ***City of Canton v. Harris,*** 489 U.S. 378 (1989) at 385 (stating that "our first inquiry in any case alleging municipal liability under § 1983 is the question whether there is a direct causal link between a municipal policy or custom and the alleged constitutional deprivation"); ***City of Springfield v. Kibbe,*** 480 U.S. 378 (1987) at 267 (stating that "the Court repeatedly has stressed the need to find a direct causal connection between municipal conduct and the constitutional deprivation"); ***Harris v. City of Roseburg,*** 664 F.2d 1121 (9th Cir. 1981) at 1125 (…liability under § 1983 can be established by showing that the defendants either personally participated in a deprivation of the plaintiff's rights, or caused such a deprivation to occur). There is a constitutional right, however, to have police services administered in a nondiscriminatory manner – a right that is violated when a state actor denies such protection to disfavored persons. See ***Navarro v. Block,*** 72 F.3d 712, 715-17 (9th Cir. 1996) (recognizing a cause of action under § 1983 based upon the discriminatory denial of police services); ***Balistreri v. Pacifica Police Dept.,*** 901 F.2d 696, 701 (9th Cir. 1990) (same); see also ***Penrod v. Zavaras,*** 94 F.3d 1399, 1406 (10th Cir. 1996) (stating that "[a]n equal protection violation occurs when the government

## :Exhibit 3 - 26 Pages Eminent Domain Rights:

treats someone differently [from] another who is similarly situated"). The alleged constitutional deprivation in this matter was the alleged denial of equal police protection to Mrs. Macias." *There became a direct causal link between the city and the constitutional deprivation of its citizens under "equal protection" when the city, through its agents and employees, showed indifference to the rights of its residents and businessmen (feed mills) and adopted a custom or policy to discriminate against disfavored individuals, who were disenfranchised because they "owned or raised livestock" or were "keeping any property the city doesn't like;" this policy or custom amounts to deliberate indifference to injured citizens' constitutional rights. Any hearings done in conspiracy with other private individuals to restrict commerce and deprive citizens of equal protection constitutes the cause/point of threat to citizens' unalienable rights of property ownership, equal protection, and benefit of honest government services **before** the citizen gets **robbed.***

## CITIES AND COUNTIES CANNOT ENGAGE IN EXTORTIONATE CREDIT TRANSACTIONS

**Title 18 U.S.C. sections 891-896. Section 891 Definition and rules of construction:** "(7) An extortionate means is any means which involves the use, or an express or implicit threat of use, of violence or other criminal means to cause harm to the person, reputation, or property." *This applies to bogus "utility liens" or "attorney's fees," which sanctions are only for licensed attorneys, and only for DEFENDANTS for causing undue delay and needlessly increasing the cost of litigation. Private attorneys conspiring with private corporations/Humane Societies to bribe federal or state judges, etc. to get rulings/judgments favorable to the robbers fits these "rules of construction," as only Hitler punished those who sued and confiscated their property. The county is not immune for cities' criminal profiteering within the county, when they are paid to protect and serve, NOT to rob and do these white-collar con games.*

## CITIES AND COUNTIES CANNOT "IMPERSONATE FEDERAL AUTHORITY"

Under **Title 7 U.S.C. section 2159,** Congress restrains all states subject to Public Law regarding animals and livestock. All investigations for "alleged animal neglect" fall under the jurisdiction of the Department of Agriculture, NOT the County. The United States Department of Agriculture Secretary, sends a request to the United States Attorney General, now John Ashcroft, to request of a United States District Court Judge to issue a "restraining order or injunction" pursuant to section 2159 of Title 7 United States Code, **whenever the Secretary has reason to believe...the health of any animal [is] in serious danger...**" *The County employees and agents are not the United States Department of Agriculture Secretary, and The County Board of Supervisors are not United States District Court judges, therefore, they conspired to intentionally and willfully "impersonate federal authority," restricted since 1966 under the following "explicit" statute:*

**Title 7 U.S.C. Section 2159. Authority to Apply for Injunctions.- (a) Request.** – Whenever the Secretary has reason to believe that any dealer, carrier, exhibitor, *or intermediate handler is dealing in stolen animals, or is placing the health of any animal in serious danger in violation of this Act or the regulations or standards promulgated thereunder,* the Secretary shall notify the Attorney General who may apply to the United States district court in which such dealer, carrier, exhibitor, *or intermediate handler* resides or conducts business for a temporary restraining order or injunction to prevent any such person from operating in violation of this Act or the regulations and standards prescribed under this Act. *The County is not immune*

## :Exhibit 3 - 26 Pages Eminent Domain Rights:

*from city's criminal conduct, and "impersonating federal authority" in order to commit terrorism and theft under color.*

## HISTORY LESSON ON ANIMAL RIGHTS AND TYRANNY

***"Those who do not remember the past are condemned to repeat it."***

Hitler's Nazi Germany was marked by a preoccupation with "animal rights." Hitler's Third Reich passed numerous animal protection laws, such as declaring that shoeing a horse was cruel, and declared an end to dissection. This reduced Man's status to that of animals, and justified treating men as animals. Before the war was ended, the Nazis stepped up experiments on the best way to castrate a Jew without anesthesia, and turned countless men, women and children into lampshades and soap. These Nazi actions were justifiable by their belief that it was possible to "...increase the moral standing of animals and decrease the moral standing of people, thus integrating human characteristics to animals... elevating animal life to the level of cult worship...which would lead to the spiritual and ideological changes necessary... for a new national identity."

The real political objective of "animal rights" is to eliminate "unalienable rights," and to make way for all these other *supposed* rights and pervert our Bill of Rights to the point where only the perverted are protected. A favored socialist strategy is to separate the population from common sense and its own laws by bringing about chaos, clouding real issues, then bring about "change" through gradual "legislation from within." Ruling by planned crisis is the favored method, as this short-circuits the brain's ability to think and reason clearly about true issues. This planned chaos (such as "animal cruelty," "puppy mills" and "cock fighting") is designed to rob the nation of its creativity and life force, degrade human existence, make everything seem uncontrollable and bad, which then allows the introduction of a tyrannical form of government.

The Gestapo was first used by Goring to do away with political opponents. A "temporary" state of emergency was declared after the Reichstag fire, but was never rescinded. This allowed the Gestapo to enforce conformity at every level of society. Block wardens monitored their neighbors, and children were recruited to inform on their teachers and parents. The Gestapo was authorized to hold people in "protective custody" which was really arbitrary arrest and imprisonment. At first, only political prisoners were taken under the guise of "preventive protective custody" and placed in SS-controlled concentration camps; later, anyone was hunted down and taken who was deemed to not fit in with SS and Gestapo vision of a perfect Aryan society. ("SS" came from *Schutzstaffel* which means "elite guard").

Today we see this same conduct and set of circumstances appearing in some of our civic institutions. The only way for one man to achieve dominion and control over another is through the darkness of IGNORANCE. Let's get educated about our own laws, so that tyranny cannot gain a foothold in America, and so that we can once again have "happiness and good government flowing forth" as paraphrased by all our early education laws. We do have some beautiful laws. Let's learn them, and insist that our civic institutions obey them for the good of our nation. God Bless America.

## :Exhibit 3 - 26 Pages Eminent Domain Rights:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# :Exhibit 4:

Created by the Jeffrey-Merritt: Wilson 09/13/16



# UNITED STATES BANKRUPTCY COURT

Northern District of California

## INVOLUNTARY PETITION

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (include married, maiden, and trade names.) |
|---|---|
| Jeffrey Merritt Wilson | Jeff Wilson |

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):
**9502**

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 343 Ricardo Drive<br>Aromas, California | PO BOX 10414<br>SALINAS, CA |

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|
| San Benito County | ZIP CODE 95004 | ZIP CODE 93912 |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
343 Ricardo Drive; Aromas, California 95004

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts (Check one box.) | Type of Debtor (Form of Organization) | Nature of Business (Check one box.) |
|---|---|---|
| Petitioners believe: | ☑ Individual (includes Joint Debtor) | ☐ Health Care Business |
| | ☐ Corporation (includes LLC and LLP) | ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B) |
| ☑ Debts are primarily consumer debts | ☐ Partnership | ☐ Railroad |
| ☐ Debts are primarily business debts | ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Stockbroker |
| | | ☐ Commodity Broker |
| | | ☐ Clearing Bank |
| | | ☐ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. | ☑ Full Filing Fee attached |
| ☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Teresa J. Moore | 14-13791 | 05/29/2014 |
| Relationship | District | Judge |
| Partner | Nevada | August Landis |

### ALLEGATIONS
(Check applicable boxes)

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY



**FILED**

JUL 3 0 2015

United States Bankruptcy Court
San Jose, California

:Exhibit 4 - 3 Pages Bankruptcy Stay/Wrongful Foreclosure:

**Nationwide Posting & Publication, Inc.**
Property Search Result

State: All        County: All

Sale Date from:                    Sale Date through:

Disclaimer:
The information here is being provided without warranties or guarantees of any kind with respect to accuracy or completeness. This information is subject to change at any time. It will be necessary for you to attend all sales in order to obtain the most current information.

Records Found: 1

| | Sale Date | Sale Time | County | TsNumber | Property Address | Status |
|---|---|---|---|---|---|---|
| 1 | 07/30/2015 | 11:30 AM | SAN BENITO | 9462-0642 | 343 RICARDO DRIVE AROMAS, CA 95004 | Sold back to beneficiary for: $488,750.00 |

:Exhibit 4 - 3 Pages Bankruptcy Stay/Wrongful Foreclosure:

**Sale Date & Time: 07/30/2015 at 11:30 AM**
**Sale Location: At the Monterey Street entrance to the San Benito County Courthouse, 440 5th Street, Hollister, CA.**

The street address and other common designation, if any, of the real property described above is purported to be: 343 RICARDO DRIVE, AROMAS, CA 95004

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made in an "AS IS" condition, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, if any, under the terms of the Deed of Trust, estimated fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to-wit: **$1,002,746.41** (Estimated). Accrued interest and additional advances, if any, will increase this figure prior to sale. It is possible that at the time of sale the opening bid may be less than the total indebtedness due.

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call, 916-939-0772 for information regarding the trustee's sale or visit this Internet Web site, www.nationwideposting.com, for information regarding the sale of this property, using the file number assigned to this case, T.S.# 9462-0642. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the internet Web site. The best way to verify postponement information is to attend the scheduled sale.

*If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee and the successful bidder shall have no further recourse.*

NBS Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802
800-766-7751
For Trustee Sale Information Log On To: www.nationwideposting.com or Call: 916-939-0772.

---

**NBS Default Services, LLC, Kim Coker, Foreclosure Associate**

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of the debt referenced herein in a bankruptcy proceeding, this is not an attempt to impose personal liability upon you for payment of that debt. In the event you have received a bankruptcy discharge, any action to enforce the debt will be taken against the property only.



**:Exhibit 4 - 3 Pages Bankruptcy Stay/Wrongful Foreclosure:**

# :Exhibit 5:

Created by the Jeffrey-Merritt: Wilson 09/13/16

## Jeffrey-Merritt: Wilson
Post Office Box 10414
Salinas, California 93912-7414

**July 23, 2010**

| | |
|---|---|
| SPECIALIZED LOAN SERVICING LLC<br>8742 Lucent Blvd., Suite 300<br>Highlands Ranch, CO 80129<br>Fax: (720) 241-7220; (720) 241-7526 | Certified Mail #:<br>7009 2250 0003 0147 7669<br>Date: July 23, 2010 |
| REGIONAL TRUSTEE SERVICES CORPORATION<br>616 1st Avenue, Suite 500<br>Seattle, WA 98104<br>Fax: (206) 292-4930 | Certified Mail #:<br>7009 2250 0003 0147 7676<br>Date: July 23, 2010 |
| US BANK NA, Trustee<br>18400 Von Karman, Suite 1000<br>Irvine, CA 92612 | Certified Mail #:<br>7009 2250 0003 0147 7683<br>Date: July 23, 2010 |
| FIRST AMERICAN TITLE COMPANY<br>60 West Market Street, Suite 140<br>Salinas, CA 93901 | Certified Mail #:<br>7009 2250 0003 0147 7638<br>Date: July 23, 2010 |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC<br>P.O. Box 2026<br>Flint, MI 48501 | Certified Mail #:<br>7009 2250 0003 0147 7652<br>Date: July 23, 2010 |
| COMMITMENT LENDING<br>30101 Agoura Court, Suite 102<br>Agoura Hills, CA 91301 | Certified Mail #:<br>7009 2250 0003 0147 7645<br>Date: July 23, 2010 |

# MORTGAGE RESCISSION NOTICE

**Transaction Reference Documents**:
DEED OF TRUST, MIN: 100259206110021317, 11/02/2006
ADJUSTABLE RATE NOTE, Loan No: 500002416, 11/02/2006

**Property Title Reference**:
Jeffrey Merritt Wilson
343 Ricardo Drive, Aromas, California
GRANT DEED, Document No: 2006-0016804, 11/08/2006

**Debt Collection Reference**:
NOTICE OF TRUSTEE'S SALE, Trustee's Sale No: 05-FSL-93483, 07/01/2010
DISPUTE REPLY LETTER, Loan No: 1004701979, 06/14/2010
MORTGAGE DEFAULT NOTICE, Loan No: 1004701979, 04/19/2010
SUBSTITUTION OF TRUSTEE, Document No: FSL934830172000000, 04/02/2010

# MORTGAGE RESCISSION NOTICE

Dear Gentlemen:

This letter constitutes the notice of the mortgage rescission under the precepts of the common law and under the provisions of the Truth In Lending Act (TILA), the Real Estate Settlement Procedures Act (RESPA) and the Home Owner Equity Protection Act (HOEPA). The rescission is effective upon the transmittal of the notice by the mail and by the wire.

I exercise the right of the rescission for the following reasons:

• On or about the May 11, 2010, I sent a letter to the Person: REGIONAL TRUSTEE SERVICES CORPORATION (RTS), wherein I disputed the alleged debt and requested the disclosures of the specific items and the communications by the written correspondence. The Person: RTS did not respond with any meaningful answer to my request and I continue to receive harassing telephone calls. Thus, I began an inquiry into the nature of the original transaction.

• I discovered the existence of an "affiliated business arrangement" between the transaction-parties and other third-parties, which the Person: COMMITMENT LENDING (CLC), as the apparent "Lender" and the Person: FIRST AMERICAN TITLE COMPANY (FAM), as the "escrow agent," did not disclose to me at the "closing and settlement" of the transaction. The Person: CLC referred the business of its lending and settlement services to the third-parties of the "affiliated business arrangement." Thus, the Person: CLC received and accepted the fees other than for the services actually performed and omitted the material disclosures of the residential mortgage transaction.

• I discovered the existence of a "mortgage securitization scheme" between the Lender, Trustee, Beneficiary and other third-parties, which the Person: CLC, as the apparent "Lender" and the Person: FAM, as the "escrow agent," did not disclose to me at the "closing and settlement" of the transaction and wherein the transaction-parties received the payments or the "kickbacks" of the "mortgage securitization scheme." The apparent Lender omitted the charges paid directly or indirectly by the real "creditors" as an incident to or a condition of the extension of the consumer credit. Thus, the overstated property appraisal, the third-party receipts, the third-party disbursements and the Yield Spread Premium between the Borrower Interest Rate and the Investor Interest Rate concealed the true Finance Charges and the true Annual Percentage Rate of the purported loan.

• I discovered the appearance of an unrecorded note transfer from the Person: CLC to a special purpose vehicle and the existence of the unrecorded and the undisclosed transfer of the trustee powers. Since the Person: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) was only a "nominee" of the apparent Lender, then it had no power to transfer the note or to appoint any trustee.

• I discovered the existence of the numerous false representations by the agents of the Persons: CLC and FAM in the connection with the "closing and settlement" of the residential mortgage transaction. The false representations included, among the others, the statements: (1) that the Person: CLC was the "lender" in the transaction; (2) that the Person: JEFFREY MERRITT WILSON was the "borrower" in the transaction; (3) that the borrower had the "ability to repay" the loan; (4) that the Lender loaned its money in the transaction; (5) that the Loan was in the nature of a "secured transaction" under the Uniform Commercial Code and (6) that the DEED OF TRUST was a valid and enforceable agreement between the contracting parties.

All of the foregoing statements are all false. The existence of the "affiliated business arrangement," the existence of the "mortgage securitization scheme," the failure of the "material disclosures" in the connection with a federally related mortgage; the referrals of the settlement services to the undisclosed parties; the receipt of the "kickbacks" and the conduct of numerous unfair business practices violate the provisions of the TILA, RESPA and HOEPA. The violation of the federal lending laws generates the cause of this rescission. Under the discovery rule, the statutes of the limitations of those federal lending laws do not apply because I just recently discovered the injuries of my property and the extent of the damages.

The rescission of the mortgage loan transaction is effective upon the date of the mailing of the Letter: MORTGAGE RESCISSION NOTICE. You have twenty-days after receipt of this notice to return all monies paid and to terminate the security interest. By the operation of the law, the mortgage against my property is VOID under the authority of the 15 U.S.C. § 1635(b). Any derogatory credit reports constitute a willful violation of the TILA and the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681a *et seq*.).

Please contact me by your written response to the address of the Jeffrey-Merritt: Wilson, Post Office Box 10414, Salinas, California 93912-7414 for the mutual return of all property exchanged. Additionally, please confirm the termination of any "security interest" and the termination of any "collection activity" by your written verification.

Regards,

Jeffrey-Merritt: Wilson

**Top Left Card**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MERS
PO BOX 2026
FLINT, MI 48501

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Blaine   JUL 6 2010
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7009 2250 0003 0147 7652

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Top Right Card**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SPECIALIZED LOAN
8742 LUCENT BLVD #300
HIGHLANDS RANCH CO
80129

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   D. Seit
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7009 2250 0003 0147 7669

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Bottom Left Card**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US BANK
18400 VON KARMAN #1000
IRVINE, CA 92612

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   JUL 6 2010
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7009 2250 0003 0147 7683

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Bottom Right Card**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RTS
616 1ST AVE #500
SEATTLE, WA 98104

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   JUL 6 2010
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7009 2250 0003 0147 7676

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



## Track/Confirm • Intranet Item Inquiry • Domestic

**Tracking Label: 7009 2250 0003 0147 7638**

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 93901 | **City:** SALINAS | **State:** CA |
| **Origin** | **ZIP Code:** 93907-1821 | **City:** SALINAS | **State:** CA |

**Class/Service:** First-Class Certified Mail

Service Calculation Information

**Weight:** 0 **lb(s)** 1 **oz(s)**      **Postage:** $0.44

**Zone:** 00

**Delivery Option Indicator:** Normal Delivery    **PO Box?:** N

**Rate Indicator:** Single Piece - Letters

| Special Services | Associated Labels | Amount |
|---|---|---|
| Certified Mail | 7009 2250 0003 0147 7638 | $2.80 |
| Return Receipt | 7009 2250 0003 0147 7638 | $2.30 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 07/26/2010 10:01 | SALINAS, CA 93901 | 030SHJA357 |
| | **Input Method:** Scanned | | |
| | **Finance Number:** 056702 | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 07/24/2010 07:37 | SALINAS, CA 93901 | 030SHJA353 |
| | **Input Method:** Scanned | | |
| ACCEPT OR PICKUP | 07/23/2010 09:06 | SALINAS, CA 93907 | |
| | **Input Method:** Scanned | | |
| | **Finance Number:** 056702 | | |

Enter Request Type and Item Number:

Quick Search ⊙      Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.



UNITED STATES
POSTAL SERVICE

## Track/Confirm - Intranet Item Inquiry
### Item Number: 7009 2250 0003 0147 7638

**This item was delivered on 07/26/2010 at 10:01**



| | |
|---|---|
| **Signature:** | |
| **Address:** | 60 W MARKET / 90 |

Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.



CERTIFIED MAIL

7009 2250 0003 0147 7645

U.S. POSTAGE
PAID
SALINAS, CA
93907
JUL 23, 10
AMOUNT
$5.54
00026037-09

91301

Jeffrey-Merritt: Wilson
Po Box 10414
Salinas, Ca 93912

COMMITMENT LENDING
30101 Agoura Court, Suite 102
Agoura Hills, CA 91301

Exhibit-5          MORTGAGE RESCISSION NOTICE          Page 7 of 7

# :Exhibit 6:



CASE NO.
162

SOUTHERN DISTRICT

AROMITAS Y AGUA CALIENTE GRANT

JUAN MIGUEL ANZAR

CLAIMANT

:Exhibit 6 - 9 Pages Wilson Land Patent:

## OF THE

102 SD
PAGE   1

# PROCEEDINGS

## IN CASE

NO. _2C_

_Daniel D. Byrne_ CLAIMANT

vs

## THE UNITED STATES, DEFENDANT,

### FOR THE PLACE NAMED

_San Antonio_

# № 102

## U. S. DISTRICT COURT,

*Southern* District of California

No. *102*.

### THE UNITED STATES

### № 102

*Juan Miguel Aguirre*

*For Rancho of Agua Caliente*

---

### TRANSCRIPT OF THE RECORD

FROM THE

### BOARD OF U. S. LAND COMMISSIONERS

In Case No. *90*

---

Filed *November 5th* 185*4*.

*C. E. Case*
*Clerk*

---

# № 102





CERTIFIED TO BE A TRUE COPY

*David Conklin*

CERTIFYING OFFICER
PUBLIC INFORMATION SECTION
CALIFORNIA STATE OFFICE
BUREAU OF LAND MANAGEMENT

JUL 2 9 2016

:Exhibit 6 - 9 Pages Wilson Land Patent:

**U.S. DEPARTMENT OF THE INTERIOR**
# BUREAU OF LAND MANAGEMENT
**General Land Office Records**

BLM

🏠 | Search Documents | Reference Center | Support | Shopping Cart 🛒

▸ Search Documents ▸ CDI Details

**CDI Doc ID:** 1780224 **Document Type:** Patent **Admin State:** California **Geographic State:** California

| CDI Details | CDI Image | Related Documents |

## Names On Document

| Title | Name |
|---|---|
| Patentee | Anzar Anatolio |
| Patentee | Anzar Juan Francisco |
| Previous Int Party | Anzar Juan Miguel |
| Previous Int Party | Anzar Maria Antonia |
| Patentee | Anzar Policronio |
| Patentee | Mcdougall Frederick A |

## Miscellaneous Information

**Geographic Name:** Las Aromitas Y Agua
**Authority:** Grant-Spanish/Mexican [March 3, 1851] (009 Stat. 0633)
**BLM Serial Nr:** CACAAA 091952
**Metes/Bounds:** No
**LR-2000 Doc ID:** PLC 242
**Counties:** Monterey, San Benito, Santa Clara, Santa Cruz

## U.S. Commodities

None --- Reserved

## Document Activities

| Activity Type | Date | Comments |
|---|---|---|
| Patent Issued | 3/17/1862 | |

## Land Descriptions

| State | Meridian | Twp - Rng | Section | Aliquots | Survey # | Survey Type | County |
|---|---|---|---|---|---|---|---|
| CA | Mount Diablo Mer | 012.0S - 003.0E | 014 | ALL | | LDGT | San Benito |
| CA | Mount Diablo Mer | 012.0S - 004.0E | 030 | W½NW | 242 L | LDGT | San Benito |
| CA | Mount Diablo Mer | 012.0S - 003.0E | 016 | E½ | 242 L | LDGT | San Benito |
| CA | Mount Diablo Mer | 012.0S - 003.0E | 002 | | 242L4 | LDGT | Santa Cruz |
| CA | Mount Diablo Mer | 012.0S - 003.0E | 025 | ENTIRE SECTION | 242 L | LDGT | San Benito |
| CA | Mount Diablo Mer | 012.0S - 003.0E | 012 | S½S½S½ NWSE NESW | 242 | | San Benito |
| CA | Mount Diablo Mer | 012.0S - 004.0E | 018 | W½NW SENW SW | 242 L | LDGT | San Benito |
| CA | Mount Diablo Mer | 012.0S - 003.0E | 024 | | | ALL | San Benito |
| CA | Mount Diablo Mer | 012.0S - 003.0E | 012 | | 242L4 | LDGT | Santa Cruz |
| CA | Mount Diablo Mer | 012.0S - 003.0E | 027 | N½ SE N½SW SESW | 242 L | LDGT | San Benito |
| CA | Mount Diablo Mer | 012.0S - 003.0E | 010 | S½ S½N½ NENW NWNE | 242L4 | LDGT | San Benito |
| CA | Mount Diablo Mer | 012.0S - 003.0E | 036 | NWNE NW N½SW | 242 L | LDGT | San Benito |
| CA | Mount Diablo Mer | 012.0S - 003.0E | 013 | ALL | | | San Benito |
| CA | Mount Diablo Mer | 012.0S - 004.0E | 019 | W½ W½NE | 242 L | LDGT | San Benito |
| CA | Mount Diablo Mer | 012.0S - 003.0E | 034 | NE NESE | 242 L | LDGT | San Benito |
| CA | Mount Diablo Mer | 012.0S - 003.0E | 021 | NE N½SE SESE | 242 L | LDGT | San Benito |
| CA | Mount Diablo Mer | 012.0S - 003.0E | 010 | N½NE SENE | 242L4 | LDGT | Santa Cruz |
| CA | Mount Diablo Mer | 012.0S - 003.0E | 023 | ALL | | | San Benito |
| CA | Mount Diablo Mer | 012.0S - 003.0E | 012 | S½S½S½ NWSE | 242 | LDGT | Santa Cruz |

:Exhibit 6 - 9 Pages Wilson Land Patent:

RECORDING REQUESTED BY
First American Title Company
2701-2428446
AND WHEN RECORDED MAIL TO:
Jeffrey Merritt Wilson
343 Ricardo Drive
Aromas, CA 95004

| | | |
|---|---|---|
| Recorded | REC FEE | 18.88 |
| Official Records | TAX | 1867.88 |
| County of | | |
| San Benito | | |
| JOHN R. HODGES | | |
| Clerk-Recorder | | |
| | SW | |
| 09:00AM 08-Nov-2006 | Page 1 of 2 | |

_____ Space Above This Line for Recorder's Use Only _____

A.P.N.: 011-270-045-0                                File No.: 2701-2428446 (MC)

# GRANT DEED

The Undersigned Grantor(s) Declare(s): DOCUMENTARY TRANSFER TAX $1,067.00; CITY TRANSFER TAX $0.00;
SURVEY MONUMENT FEE $

[ XX ]    computed on the consideration or full value of property conveyed, OR

[    ]    computed on the consideration or full value less value of liens and/or encumbrances remaining at time of sale,

[ XX ]    unincorporated area; [ ] City of ⁀        and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **Thomas C. Irwin and Mary W. Irwin, husband and wife as joint tenants**

hereby GRANTS to **Jeffrey Merritt Wilson, a single man**

the following described property in the ⁀              , County of **San Benito**, State of **California**:
                            Unincorporated Area

### PARCEL 1:

PARCEL 4, AS SHOWN ON MAP FILED JULY 2, 1987 IN BOOK 7, PAGE 28 OF PARCEL MAP IN THE OFFICE OF THE COUNTY RECORDER, SAN BENITO COUNTY, CALIFORNIA.

### PARCEL 2:

A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS AND UTILITIES UNDER, ON AND ACROSS A STRIP OF LAND 60.00 FEET IN WIDTH, THE CENTERLINE OF WHICH IS DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE SOUTHWESTERLY LINE OF LOT 69, AS SHOWN ON MAP OF JESSE D. CURE'S SUBDIVISION OF PART OF THE RANCHO AROMITAS Y AGUA CALIENTE, FILED MAY 28, 1894 IN BOOK 1, PAGE 58, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER, SAN BENITO COURT, CALIFORNIA WHICH BEARS SOUTH 31° 35' EAST, 247.52 FEET FROM THE WESTERLY CORNER OF SAID LOT 69; THENCE

(1) NORTH 67° 00' EAST 1016.54 FEET; THENCE

(2) ALONG A CURVE TO THE RIGHT HAVING A RADIUS OF 850.00 FEET, THROUGH A CENTRAL ANGLE OF 11° 40' AN ARC DISTANCE OF 173.08 FEET TO A POINT IN THE COMMON LINE OF LOTS 60 AND 68 WHICH BEARS NORTH 78° 40' EAST, 596.54 FEET FROM THE WESTERLY COMMON CORNER OF SAID LOTS 60, 61, 66, 67 AND 68.

(3) NORTH 78° 40' EAST 2132.64 FEET TO THE WESTERLY LINE OF COLE ROAD.

### PARCEL 3:

Mail Tax Statements To: **SAME AS ABOVE**

---

## :Exhibit 6 - 9 Pages Wilson Land Patent:

AN EASEMENT FOR INGRESS AND EGRESS AND PUBLIC UTILITIES OVER THE
NORTHEASTERLY 30 FEET OF PARCELS 1 AND 2 OF THE CERTAIN PARCEL MAP RECORDED
JULY 2, 1987 IN BOOK 7 OF PARCEL MAPS, AT PAGE 28, SAN BENITO COUNTY RECORDS.

EXCEPTING THEREFROM THAT PORTION INCLUDED WITHIN PARCEL TWO ABOVE.

Dated: _11/03/2006_

_____　　　　　　_____
Thomas C. Irwin　　　　　　　　　　　　Mary W. Irwin


STATE OF _California_ )SS
COUNTY OF _Monterey_ )

On _11.3.06_ , before me, _Melanie Cimino_

Notary Public, personally appeared
_Thomas C. Irwin and Mary W. Irwin_ , personally known to me
(or proved to me on the basis of satisfactory evidence) to be ~~the~~ person(s) whose name(s) ~~is~~/are subscribed to
the within instrument and acknowledged to me that ~~he/she/~~they executed the same in ~~his/her/~~their authorized
capacity(ies) and that by ~~his/her/~~their signature(s) on the instrument the person(s) or the entity upon behalf of
which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

```
                          MELANIE CIMINO
                          COMM. # 1429040
                          Notary Public-California
                          County of Monterey
                          My Comm. Exp. July 6, 2007
```

My Commission Expires: _____　　*This area for official notarial seal*

Notary Name:_____

Notary Registration Number:_____　　Notary Phone:_____
　　　　　　　　　　　　　　　　　　　　　　County of Principal Place of Business:_____

:Exhibit 6 - 9 Pages Wilson Land Patent:

This is a true and correct copy of the
records in this office.
ATTEST Date: **SEP - 3 2010**
Joe Paul Gonzalez County Clerk in and
for the County of San Benito,
State of California
BY: _____ Deputy

**:Exhibit 6 - 9 Pages Wilson Land Patent:**

# :Cargo-Manifest-Mail-Service:

**San Benito County Superior Court**
450 Forth Street
Hollister, California 95023
**Window filing on demand Case No. CL-16-00199**

**Harry J. Tobias (Private-Capacity)**
450 Forth Street
Hollister, California 95023
**Certified-Mail # 7015 0640 0004 1044 5517**

**Steven A. Silver (Private-Capacity)**
111 Grand Avenue, Suite 11-100
Oakland, California 94612
**Certified-Mail # 7015 0640 0004 1044 5524**

**NBS Default Services, LLC**
**c/o Kim Coker, Foreclosure Associate**
301 E. Ocean Blvd. Suite 1720
Long Beach, California 90802
**Certified-Mail # 7015 0640 0004 1044 5531**

**US BANK NA, Registered-Agent of Service**
800 Nicollet Mall
Minneapolis, MN 55402
**Certified-Mail # 7015 0640 0004 1044 5548**

**ZIEVE, BRODNAX & STEELE, LLP**
30 Corporate Park, Suite 450
Irvine, California 92606
**Certified-Mail # 7015 0640 0004 1044 5555**

**San Benito County Sheriff's Office**
**c/o Darren Thompson, Sherriff-Coroner**
Po Box 700
Hollister, California 95024
**Certified-Mail # 7015 0640 0004 1044 5562**

Created by the Jeffrey-Merritt: Wilson 09/13/16

San Benito County Counsel
C/O Matthew W. Grainger
481 4th St. 2nd Floor
Hollister, California 95023
**Certified-Mail # 7015 0640 0004 1044 5579**

**San Benito County**
**C/O Risk Management**
481 4th St. 1st Floor
Hollister, California 95023
**Certified-Mail # 7015 0640 0004 1044 5586**

**Candice Ann Mancino, District Attorney**
419 4th Street
Hollister, California 95023
**Certified-Mail # 7015 0640 0004 1044 5593**

**ALLIANT INSURANCE SERVICES, INC.**
**C/O Claims Department**
1301 Dove Street
Newport Beach, California 92660
**Certified-Mail # 7015 0640 0004 1044 5609**

**San Benito County Superior Court**
**C/O Steven R. Sanders, Judge**
450 Forth Street
Hollister, California 95023
**Certified-Mail # 7015 0640 0004 1044 5616**

**Leslie M. Klott (Private-Capacity)**
30 Corporate Park, Suite 450
Irvine, California 92606
**Certified-Mail # 7015 0640 0004 1044 5623**

X _____

:Jeffrey-Merritt: Wilson        Authentic-Seal

:Postmaster.

:Paid-Fee:
:Postal-Treaty:

~ 30 ~

Created by the Jeffrey-Merritt: Wilson 09/13/16

 **UNITED STATES POSTAL SERVICE®**

# CUSTOMER'S RECEIPT

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION **NOT NEGOTIABLE** | Pay to US DISTRICT COURT<br>Address NORTHERN | KEEP THIS RECEIPT FOR YOUR RECORDS |
|---|---|---|

| Serial Number 23999457611 | Year, Month, 2016-09-14 | Post Office 939010 | Amount $400.00 | Clerk 06 |
|---|---|---|---|---|

 **UNITED STATES POSTAL SERVICE®**

## POSTAL MONEY ORDER

Serial Number **23999457611**

2016-09-14    939010    U.S. Dollars and Cents

**$400.00**

Four Hundred Dollars and 00/100 ***********

Amount

Clerk 0

Pay to US DISTRICT COURT
Address COURT

From Jeffrey Merritt Wilson
Post Office Box 10414
Address Salinas, California 93912



Memo

© 2008 United States Postal Service. All Rights Reserved.

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆000000800⑆    23999457611⑈